| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____    Chapter  11 |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Koi Design LLC |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-5766855 |
| 4. | **Debtor's address** | **Principal place of business**<br>1757 Stanford Street<br>Santa Monica, CA 90404<br>Number, Street, City, State & ZIP Code<br><br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | https://www.koihappiness.com/ |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor  Koi Design LLC _____    Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   4243

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor    **Koi Design LLC**                                                    Case number (*if known*) _____
　　　　　Name

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
|---|---|---|

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other

**Where is the property?** _____
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

### ■ Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|
| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor  Koi Design LLC  
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 25, 2019  
MM / DD / YYYY

X *(signature)*  
Signature of authorized representative of debtor

Kathy Peterson  
Printed name

Title  President and Managing Member

**18. Signature of attorney**

X *(signature)*  
Signature of attorney for debtor

Date  January 25, 2019  
MM / DD / YYYY

Susan K. Seflin 213865  
Printed name

Brutzkus Gubner  
Firm name

21650 Oxnard Street, Suite 500  
Woodland Hills, CA 91367  
Number, Street, City, State & ZIP Code

Contact phone  (818) 827-9000    Email address  sseflin@bg.law

213865 CA  
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Koi Design LLC |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7-Insider<br>Room B318, No. 458 Gexin Avenue<br>Dongxihu District<br>Wuhan 430040<br>CHINA | Wendy<br><br>wendy@7-insider.com<br>+86-15001800843 | Vendor | | | | $53,720.00 |
| Acorn Paper Products<br>P.O. Box 23965<br>Los Angeles, CA 90023-0965 | Maria Swain<br><br>mswain@acorn-paper.com<br>323-972-4734 | Vendor | | | | $20,599.98 |
| Apropos<br>Ste 1510 Gangseo Hanwha Biz Metro 1st Bldg., 551-17, Yangcheonro Gangseo-Gu, Seoul KOREA | G.S. Kang<br><br>kang@a-propos.co.kr<br>+82-2-715-5855 | Vendor | | | | $177,695.91 |
| CitiStaff Solutions Inc.<br>c/o Wells Fargo Business Credit<br>PO Box 845510<br>Los Angeles, CA 90084-5510 | Martha Ybarra<br><br>mybarra@citistaffsolutions.com<br>714-474-2380 | Staffing services | | | | $57,315.11 |
| Cohn Handler Sturm<br>11620 Wilshire Blvd. Suite 875<br>Los Angeles, CA 90025 | Barry Cohn<br><br>bcohn@cohnhandler.com<br>310-479-9600 | Accountants | | | | $5,500.00 |
| ColorGraphics Cenveo Worldwide Ltd.<br>P.O. Box 31001-1283<br>Pasadena, CA 91110-1283 | Melinda Takahashi<br><br>melinda.takahashi@cenveo.com<br>323-261-7171 | Vendor | | | | $19,470.79 |

| Debtor | Koi Design LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Empire Cleaning Supply<br>7733 Telegraph Rd.<br>Montebello, CA 90640 | Accounts Receivable<br><br>empirecleaningsupply.ar@gmail.com<br>323-248-7770 | Vendor | | | | $1,463.71 |
| Exenta, Inc.<br>8 West 38th St.<br>7th Floor<br>New York, NY 10018 | Lauren Camac<br><br>lauren.camac@simparel.com<br>212-279-5800 | Software | | | | $7,663.30 |
| First Choice Services<br>18840 Parthenia St.<br>Northridge, CA 91324 | Jessica Mata<br><br>sanfernandovalley@firstchoiceservices.com<br>818-812-7800 | Vendor | | | | $1,560.15 |
| Hollywood Model Management<br>953 Cole Ave.<br>Los Angeles, CA 90038 | Accounts Receivable<br><br>accounting@hmmla.com<br>323-871-1240 | Model agency | | | | $720.00 |
| I-MAR<br>5150 Rancho Rd<br>Huntington Beach, CA 92647 | S.D. Jun<br><br>sdjun@i-mar.net<br>714-901-4627 x2021 | Vendor | | | | $3,000,000.00 |
| Inex Customs Broker<br>11222 La Cienega Blvd. #355<br>Inglewood, CA 90304 | Heidi Ahn<br><br>gbcustomsbroker@sbcglobal.net<br>310-568-8975 | Vendor | | | | $5,027.14 |
| Lyneer Staffing Solutions<br>PO Box 75414<br>Chicago, IL 60675-5414 | Beatriz Munoz<br><br>bmunoz@lyneer.com<br>609-882-8400 | Staffing services | | | | $53,164.71 |
| OTT Trading<br>#3 Huaxiazhichun, Room # 702<br>No 2, Dongting Mid Road<br>Wuxi, Jiangsu<br>CHINA | Han Choi<br><br>choi@ottbiz.net<br>+86-510-88222351 | Vendor | | | | $63,734.02 |
| Shanghai Nex-T Inc., Ltd.<br>7F. Sheng Gao Internationa Bldg.<br>No. 137 Xianxia Rd.<br>Shanghai 20051<br>CHINA | J.I. Jang<br><br>jang@nex-t.com<br>+86-21-52060000 | Vendor | | | | $157,839.50 |

| Debtor | Koi Design LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Stanford/Nebraska Properites, Ltd.<br>c/o Westport Realty, Inc.<br>433 N. Camden Drive, Suite 820<br>Beverly Hills, CA 90210 | Glenn Freeman<br><br>gfreeman@nsbinc.com<br>310-550-1570 | Landlord | | | | $93,401.00 |
| ULine<br>PO Box 88741<br>Chicago, IL 60680-8107 | Accounts Receivable<br><br>Accounts.Receivable@ULINE.COM<br>800-295-5510 | Vendor | | | | $987.07 |
| Weihai Hishi Textile Imp & Exp Co<br>No. 79 Shichang St.<br>Weihai<br>CHINA | Judy<br><br>judy@hishitex.com<br>0086-631-5862179 | Vendor | | | | $2,011,687.78 |
| Widen Enterprises, Inc.<br>PO Box 8801<br>Carol Stream, IL 60197-8801 | Amanda Fraser<br><br>ar@widen.com<br>608-222-1296 | Digital services | | | | $15,350.00 |
| Wilhelmina International, Inc.<br>P.O. Box 650002<br>Dept. 8107<br>Dallas, TX 75265-8107 | Miriam Velasquez<br><br>ar@wilhelmina.com<br>212-271-1676 | Model agency | | | | $1,440.00 |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   Santa Monica   , California.

Date:   January 25, 2019

*[signature: Kathy Peterson]*
Kathy Peterson
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018    Page 1    F 1015-2.1.STMT.RELATED.CASES

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Susan K. Seflin 213865<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>(818) 827-9000 Fax: (818) 827-9099<br>California State Bar Number: 213865 CA<br>sseflin@bg.law | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

Koi Design LLC

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __8__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: January 25, 2019

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: January 25, 2019

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    F 1007-1.MAILING.LIST.VERIFICATION

```
Koi Design LLC
1757 Stanford Street
Santa Monica, CA 90404


Susan K  Seflin
Brutzkus Gubner
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367


U  S  Trustee   Los Angeles Division
915 Wilshire Blvd , Suite 1850
Los Angeles, CA 90017
```

7 Insider
Room B318, No  458 Gexin Avenue
Dongxihu District
Wuhan 430040
CHINA


Acorn Paper Products
P O  Box 23965
Los Angeles, CA 90023-0965


American Diagnostic Corporation
55 Commerce Dr
Hauppauge, NY 11788


Apropos
Ste 1510 Gangseo Hanwha Biz Metro
1st Bldg , 551 17, Yangcheonro
Gangseo Gu, Seoul
KOREA


Atlas Levy Sewing Machine Co
1733 S  Los Angeles St
Los Angeles, CA 90015


California State Bd of Equalization
Account Information Group, MIC: 29
P O  Box 942879
Sacramento, CA 94279-0029


Changshu Cosmo Leathergoods Co Ltd
Rm 508 5th Fl Block C Gangao City
No 263 Huanghe Rd
Changshu City
Jiangsu 21550 CHINA


CitiStaff Solutions Inc
c/o Wells Fargo Business Credit
PO Box 845510
Los Angeles, CA 90084-5510

```
City of Santa Monica Operations Div
Business   Revenue Operations Div
P O Box 2200
Santa Monica, CA 90407-2200


COGS
1180 N Town Center Suite 100
Las Vegas, NV 89144


Cohn Handler Sturm
11620 Wilshire Blvd
Suite 875
Los Angeles, CA 90025


ColorGraphics
Cenveo Worldwide Ltd
P O  Box 31001 1283
Pasadena, CA 91110-1283


Danken Enterprise
5F No 222 Sec 4 ChengDe Road
11167 Taipei
TAIWAN


Department of Labor   Industries
Collections
PO Box 44171
Olympia, WA 98504-4171


Don Thornburgh
466 Foothill Blvd , #220
La Canada Flintridge, CA 91011


Empire Cleaning Supply
7733 Telegraph Rd
Montebello, CA 90640
```

Employment Development Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001


Exenta, Inc
8 West 38th St
7th Floor
New York, NY 10018


First Choice Services
18840 Parthenia St
Northridge, CA 91324


Franchise Tax Board
Bankruptcy Section, MS: A 340
PO Box 2952
Sacramento, CA 95812-2952


Hollywood Model Management
953 Cole Ave
Los Angeles, CA 90038


I MAR
5150 Rancho Rd
Huntington Beach, CA 92647


Inex Customs Broker
11222 La Cienega Blvd #355
Inglewood, CA 90304


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

Kathy Peterson  
3459 Barry Ave  
Los Angeles, CA 90066  

Lithographix, Inc  
12250 S Crenshaw Blvd  
Hawthorne, CA 90250  

Los Angeles County Tax Collector  
Post Office Box 54110  
Los Angeles, CA 90054-0110  

Lyneer Staffing Solutions  
PO Box 75414  
Chicago, IL 60675-5414  

MailFinance  
Dept 3682  
PO Box 123682  
Dallas, TX 75312-3682  

Michigan Department of Treasury  
Attn Litigation Liaison  
2nd Floor, Austin Bldg  
430 W Allegan St  
Lansing, MI 48922  

Michigan Unemployment  Ins Agency  
Dept #771760  
PO Box 77000  
Detroit, MI 48227-1760  

Missouri Department of Revenue  
Bankruptcy Unit  
P O  Box 475  
301 W  High Street  
Jefferson City, MO 65105-0475

```
NC Dept of Commerce
Division of Employment Security
PO Box 26504
Raleigh, NC 27711-6504


North Carolina Dept of Revenue
Office Services Division
Attn:  Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168


Ofc of Unemployment Ins Operations
Ohio Dept of Job   Family Services
Attn Program Services/Revenue Recov
PO Box 182404
Columbus, OH 43218-2404


Ohio Bureau of Workers' Compensatio
Attn: Law Section Bankruptcy Unit
PO Box 15567
Columbus, OH 43215-0567


Ohio Dept of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530


Ohio Dept of Taxation c/o Atty Gen
Collection Enforcement Section
Attn Bankruptcy Staff
150 E  Gay St , 21st Floor
Columbus, OH 43215


Oklahoma Employment Security Comm
Legal Division
PO Box 53039
Oklahoma City, OK 73152-3039


Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601
```

```
OTT Trading
#3 Huaxiazhichun, Room # 702
No 2, Dongting Mid Road
Wuxi, Jiangsu
CHINA


Shanghai Nex T Inc , Ltd
7F  Sheng Gao Internationa Bldg
No  137 Xianxia Rd
Shanghai 20051
CHINA


SoCal Office Technologies
File 50897
Los Angeles, CA 90074-0897


Stanford/Nebraska Properites, Ltd
c/o Westport Realty, Inc
433 N  Camden Drive, Suite 820
Beverly Hills, CA 90210


Strategic Partners
9800 De Soto Ave
Chatsworth, CA 91311


Studio Effects
1825 G West 169th St
Gardena, CA 90247


Sullivan Curtis Monroe
Attn Accounting
1920 Main St Suite 600
Irvine, CA 92614


Tracy Combs
614 South Crest Dr
Kelowna BC V1W4Y6
CANADA
```

```
U S  Bancorp Equipment Finance, Inc
PO Box 790448
Saint Louis, MO 63179-0448


U S  Customs and Border Protection
1300 Pennsylvania Ave  NW
Washington, DC 20229


ULine
PO Box 88741
Chicago, IL 60680-8107


Weihai Hishi Textile Imp   Exp Co
No  79 Shichang St
Weihai
CHINA


Wells Fargo Financial Leasing
Manufacturer Services Group
P O  Box 7777
San Francisco, CA 94120-7777


Wells Fargo Trade Capital Svcs Inc
333 South Grand Ave , 12th Floor
Los Angeles, CA 90071


Widen Enterprises, Inc
PO Box 8801
Carol Stream, IL 60197-8801


Wilhelmina International, Inc
P O  Box 650002
Dept  8107
Dallas, TX 75265-8107
```