1  M. Jonathan Hayes (Bar No. 90388)
   Matthew D. Resnik (Bar No. 182562)
2  Roksana D. Moradi-Brovia (Bar No. 266572)
   **RESNIK HAYES MORADI LLP**
3  17609 Ventura Blvd., Suite 314
   **Telephone:** (818) 285-0100
4  **Facsimile:** (818) 818-855-7013
   jhayes @RHMFirm.com
5  matthew@ RHMFirm.com
   roksana@ RHMFirm.com
6
   *Attorneys for Debtor*
7  DDC Group, Inc.

8                    UNITED STATES BANKRUPTCY COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11  In re                              )   Case No. 2:18-bk-17029-BB
                                       )
12                                     )   Chapter 11
                                       )
13     DDC GROUP, INC.,                )
                                       )   **SUMMARY OF ASSETS AND**
14                          Debtor.    )   **LIABILITIES; SCHEDULES A/B, C, D,**
                                       )   **E/F, G, H; DECLARATION FOR NON-**
15                                     )   **INDIVIDUAL DEBTOR'S**
                                       )   **SCHEDULES; STATEMENT OF**
16                                     )   **FINANCIAL AFFAIRS; DISCLOSURE**
                                       )   **OF ATTORNEY COMPENSATION;**
17                                     )   **CORPORATE RESOLUTION**
                                       )   **AUTHORITY TO FILE; CORPORATE**
18                                     )   **OWNERSHIP STATEMENT;**
                                       )   **AMENDED LIST OF EQUITY**
19  _____     **SECURITY HOLDERS; AMENDED**
                                           **CREDITOR MATRIX**
20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

**RESNIK HAYES**
**MORADI LLP**

GENERAL NOTES REGARDING METHODOLOGY IN PREPARATION OF
DEBTOR'S SCHEDULES A THROUGH H AND STATEMENT OF FINANCIAL
AFFAIRS

While the Debtor's management has made every effort to ensure that Schedules A
through H (the "Schedules") are accurate and complete based on the information that was
available at the time of preparation, inadvertent errors or omissions may have occurred.
The Schedules have been executed by Slava Borisov who, in reviewing and signing the
Schedules, has necessarily relied on the efforts of staff employees and on the information
provided to him in the books and records of the Debtor. Mr. Borisov has not personally
verified the accuracy of each and every entry set forth in the Schedules. Mr. Borisov has
carefully reviewed these schedules and believes to the best of his knowledge that they are
substantially accurate.

**Fill in this information to identify the case:**

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:18-bk-17029-BB

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING — Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   *Amended Schedule*

☐   *Chapter 11 or 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 16, 2018     X _____
                                    Signature of individual signing on behalf of debtor

                                      Slava Borisov
                                      Printed name

                                      President
                                      Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-17029-BB

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:**   **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................................    $      0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................................    $      597,862.83

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*............................................................................................    $      597,862.83

**Part 2:**   **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $      284,701.83

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $      291,753.59

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$      2,561,039.84

4.   **Total liabilities** ..............................................................................................................
   Lines 2 + 3a + 3b      $      3,137,495.26

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | DDC Group, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | 2:18-bk-17029-BB |

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking account (frozen) | 6432 | $0.00 |
| 3.2. | Chase Bank | Checking account (frozen) | 5938 | $0.00 |
| 3.3. | Chase Bank | Checking account (frozen) | 6815 | $0.00 |
| 3.4. | Chase Bank | Savings account (frozen) | 8761 | $0.00 |
| 3.5. | Wells Fargo | Checking account | 8135 | $0.00 |
| 3.6. | California Bank & Trust | Checking account | | $0.00 |
| 3.7. | Opus Bank | Checking account | 1347 | $0.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    DDC Group, Inc.
      Name                                                                Case number *(if known)*  2:18-bk-17029-BB

| | | | | |
|---|---|---|---|---|
| 3.8. | Opus Bank | Checking account | 8491 | $0.00 |
| 3.9. | The Commerce Bank of Washington | Checking account | 3376 | $0.00 |
| 3.10. | Open Bank, Operating Account | Operating acct | 6463 | $1,474.83 |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

        Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $1,474.83

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**      **Accounts receivable**

            *SEE ATTACHED*                      = ....      $543,738.00
           face amount                    doubtful or uncollectible accounts

**12.**      **Total of Part 3.**

        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      $543,738.00

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6 | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

MEMORANDUM EXPLAINING ACCOUNTS RECEIVABLE CHARTS AND PROFIT AND LOST CHARTS (EXHIBITS A,B,C HERETO)

## CHART A

Chart A was a corrected and simplified chart of aged receivables as of the petition date. Chart A shows all money owed by a client on any construction contract that is still a viable claim because the statute of limitations has not run. This chart does not show defenses, set offs or the cost of pursuing the account receivable which may render the pursuit of the receivable untenable for business reasons. Some of the projects listed as in progress were projects which were over budget as of the Petition Date, and the Debtor is not completing them as there would be more cost to the Estate than income.

## CHART B

Chart B shows the sums sought in active lawsuits, recorded mechanics liens which the Debtor currently intends to pursue via litigation, and in progress or just completed projects. This chart does not show set off claims of a client which always appear in litigation, whether they have merit or not. This chart does not reflect any deductions clients on current projects may try to take, again whether the deduction has merit or not. Sometimes on the final payments, clients unilaterally reduce what they pay and take a "sue me for the rest" attitude. The lawsuits listed on Chart B are ones where the Debtor had to pursue payment from the owner who refused to pay even the portion due which the owner acknowledges is due.

QUESTION 11

**CHART A**

# DDC GROUP, INC.

## Corrected as of July 16, 2018 Aged Receivables as of June 18, 2018

| Customer | Status | DUE NOW | Contract Value |
|---|---|---|---|
| Las Vegas - Unbuckit | | $ 38,494.00 | $ 192,494.97 |
| Hanes NC- Charlys | | $ 53,848.00 | $ 156,515.00 |
| Concord - MOD | | $ 12,102.31 | $ 402,723.65 |
| Castro Valley- MOD | | $ 23,876.67 | $ 400,723.66 |
| Pittsburgh - MOD | | $ 23,582.27 | $ 401,244.00 |
| Sacramento - Bugerim | | $ 109,065.00 | $ 197,565.00 |
| Modesto - Jack n Box | LEGAL | $ 265,394.0 | $ 295,000.00 |
| Century City - Papyrus | LEGAL | $ 87,915.00 | $237,955 |
| Century City - Spice Affair | LEGAL | $118,967.70 | $ 260,000.00 |
| Santa Rosa Swarvoski | LEGAL | $ 16,000.00 | $ 116,000.00 |
| Santa Clara- Koja | LEGAL | $ 194,562.17 | $ 400,000.00 |
| Lake Forest - Arby's | Mechanics Lien | $ 58,442.15 | $ 126,493.00 |
| Oak Harbor WA - Arby's | Mechanics Lien | $ 73,947.90 | $ 246,493.00 |
| HUNINGTON BEACH - Arby's | Mechanics Lien | | $ 429,354.00 |
| Change Orders 1-10 | Mechanics Lien | $ 100,083.00 | |
| Kieser OR- Arby's | Mechanics Lien | $ 96,315.57 | $ 321,051.87 |
| Stonestown/Hillsdale - Swarvoski | LEGAL | $ 102,885.00 | $ 250,000.00 |
| Milpitas - Popeyes | in progress | $ 75,000.00 | $ 250,000.00 |
| Stonestown - Miniso | completed | $ 96,763.80 | $ 403,044.00 |
| Palm Desert - Miniso | in progress | $ 70,588.21 | $ 186,836.00 |
| Jamaba Juice - Riverbank | In progress | $ 61,470.00 | $ 197,800.00 |
| | | $ 1,679,323 | $ 5,471,283.15 |

**CHART B**

**Accounts Receivables**
**Sums Billed and Due on Construction Projects as of 6/18/2018**

| Year | % Completed | Customer | Status | TOTAL DUE |
|------|-------------|----------|--------|-----------|
| 2017 | 100% | Modesto - Jack n Box | Lawsuit Filed | $265,394.04 plus interest |
| 2017 | 100% | Century City - Papyrus | Lawsuit Filed | $87,915 |
| 2017 | 100% | Santa Clara- Koja | Lawsuit Filed / settlement pending | $70,000 and Koja pays subs |
| 2017 | 100% | Lake Forest - Arby's | Mechanics Lien Recorded/ Lawsuit Anticipated | $37,522.15 |
| 2017 | 100% | Oak Harbor WA - Arby's | Mechanics Lien Recorded/ Lawsuit Anticipated | $57,867.30 |
| 2017 | 80% | HUNINGTON BEACH - Arby's | Mechanics Lien Recorded/ Lawsuit Anticipated | $100,820.68 |
| 2017 | 100% | Kieser OR- Arby's | Mechanics Lien Recorded/ Lawsuit Anticipated | $64,590.37 |
| 2017 | 100% | Stonestown/Hillsdale - Swarvoski | Lawsuit Filed / Settlement Pending | $0 paid to DDC, Client pays subs |
| 2018 | 75% | Milpitas - Popeyes | in progress | $75,000 |
| 2018 | 100% | Stonestown - Miniso | completed | $98,783.80 |
| 2018 | 70% | Palm Desert - Miniso | in progress | $70,558.21 |
| 2018 | 50% | Jamba Juice - Riverbank | in progress | $61,470 |
| | | | | 652,558 $ |

| Debtor | DDC Group, Inc. | Case number *(if known)* 2:18-bk-17029-BB |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  Office furniture<br>Office furniture | $10,000.00 | | $5,000.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>Office equipment | $26,795.00 | | $15,000.00 |
| 42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $20,000.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  2017 Mercedes S550 Lease | $0.00 | | $0.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Debtor | DDC Group, Inc. | Case number (If known) 2:18-bk-17029-BB |
|---|---|---|
| | Name | |

**51.** **Total of Part 8.**                                                                                          $0.00
Add lines 47 through 50. Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** DDC Group, Inc. - website value is $3,000 - $5,000 | $0.00 | | $0.00 |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** Goodwill | $0.00 | | Unknown |

**66.** **Total of Part 10.**                                                                                         $0.00
Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

| Debtor | DDC Group, Inc. | Case number *(If known)* 2:18-bk-17029-BB |
|---|---|---|
| | Name | |

---

**Part 11:**    **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |  |  |  | Current value of debtor's interest |
|---|---|---|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

| | | | | |
|---|---|---|---|---|
| Brian Rhoden LLC | 12,500.00 | – | 0.00 = | $12,500.00 |
| | Total face amount | | doubtful or uncollectible amount | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Litigation against customers, details in questions 7 SOFA, value included in Accounts Receivable.

| | | |
|---|---|---|
| Nature of claim | Collection lawsuits | Unknown |
| Amount requested | $0.00 | |

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
Contract rights on exsisting contracts, net profit on open Contracts on petition date

$20,150.00

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$32,650.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

Debtor    DDC Group, Inc.
          _____          Case number (If known)  2:18-bk-17029-BB
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $1,474.83 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $543,738.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $20,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $32,650.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $597,862.83 | + 91b.  $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $597,862.83

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-17029-BB

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A — Amount of claim. Do not deduct the value of collateral. | Column B — Value of collateral that supports this claim |
|---|---|---|---|
| **2.1 GTR** | **Describe debtor's property that is subject to a lien** | $37,820.12 | $0.00 |

**2.1  GTR**
Creditor's Name

111 John Street
Suite 1210
New York, NY 10038
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
90 days or less: See attached

**Describe the lien**
unknown

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2  Mercedes Benz Financial Services**
Creditor's Name

Downtown LA Motors, LP
1801 S. Figueroa Street
Los Angeles, CA 90015
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2017 Mercedes S550 Lease

$0.00          $0.00

**Describe the lien**
Auto lease

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Date debt was incurred**

**Is anyone else liable on this claim?**
☑ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    DDC Group, Inc.
     Name

Case number (if know)    2:18-bk-17029-BB

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3**   RDY Holdings LLC
    Creditor's Name

1797 Atlantic Avenue
Brooklyn, NY 11233
    Creditor's mailing address

    Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
90 days or less: See attached

**Describe the lien**
unknown
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$35,000.00    $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.4**   Richmond Capital
    Creditor's Name

125 Maiden Lane,  Ste. 501
New York, NY 10038
    Creditor's mailing address

    Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
90 days or less: See attached

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$37,820.12    $0.00

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

**2.5**   YellowStone Capital
    Creditor's Name

17 State Street, Suite 4000
New York, NY 10004
    Creditor's mailing address

    Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
90 days or less: See attached

**Describe the lien**
UCC-1
**Is the creditor an insider or related party?**
■ No
☐ Yes

$118,478.24    $0.00

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 3

| Debtor | DDC Group, Inc. | Case number (if know) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 | Yes Lender | Describe debtor's property that is subject to a lien | $55,583.35 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | 90 days or less: See attached | | |

1150 First Ave., Suite 105
King of Prussia, PA 19406

Creditor's mailing address

**Describe the lien**
unknown

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $284,701.83

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Fill in this information to identify the case:

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-17029-BB

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|      |                                                                                        |                                                                | Total claim | Priority amount |
|------|----------------------------------------------------------------------------------------|----------------------------------------------------------------|-------------|-----------------|
| 2.1  | Priority creditor's name and mailing address<br>California Dept of Tax and Fee Admi<br>Special Ops, MIC 55<br>PO Box 942879<br>Sacramento, CA 94279-0005 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|      | Date or dates debt was incurred                                                        | Basis for the claim:                                           |             |                 |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |             |                 |
| 2.2  | Priority creditor's name and mailing address<br>EDD<br>PO Box 826218<br>Sacramento, CA 94230-6218 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $21,000.00 | $0.00 |
|      | Date or dates debt was incurred                                                        | Basis for the claim:                                           |             |                 |
|      | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |             |                 |

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $89,309.59 | $0.00 |
|---|---|---|---|---|
| | EDD Assesment | Check all that apply. | | |
| | 10330 Poiner Blvd Suite 150 | ☐ Contingent | | |
| | Santa Fe Springs, CA 94583 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | Franchise Tax Board | Check all that apply. | | |
| | Attn: Bankruptcy Unit | ☐ Contingent | | |
| | P.O. Box 2952 | ☐ Unliquidated | | |
| | Sacramento, CA 95812-2952 | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $181,444.00 | $0.00 |
|---|---|---|---|---|
| | Internal Revenue Service | Check all that apply. | | |
| | P.O. Box 7346 | ☐ Contingent | | |
| | Philadelphia, PA 19101-7346 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
| | A&M Painting | ☐ Contingent | |
| | 244 W Cerritos Ave | ■ Unliquidated | |
| | Anaheim, CA 92805 | ■ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $23,418.80 |
| | AA Electric Co. | ☐ Contingent | |
| | P.O. Box 1034 | ☐ Unliquidated | |
| | Oak Harbor, WA 98277 | ■ Disputed | |
| | **Date(s) debt was incurred __** | **Basis for the claim: __** | |
| | **Last 4 digits of account number __** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,500.00 |
|---|---|---|
| AAA Fire Protection Services<br>30113 Union City Blvd.<br>Union City, CA 94587 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,645.00 |
|---|---|---|
| ABC Mechanical Contractors<br>475 Barnevald Ave<br>San Fransisco, CA 94124 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,000.00 |
|---|---|---|
| Acco Engineered<br>6446 E. Washington Blvd.<br>Commerce, CA 90040 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,200.00 |
|---|---|---|
| Accurate Acoustics Inc.<br>24769 Redlands Blvd., Ste. H<br>Loma Linda, CA 92354 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,457.00 |
|---|---|---|
| Action HVAC<br>2731 Del Paso Rd. Suite 110<br>Sacramento, CA 95835 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $52,646.45 |
|---|---|---|
| ADP  Altus Global Trade Solutions<br>6800 Broken Sound Parkway<br>Boca Raton, FL 33487 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,767.21 |
|---|---|---|
| Alturas Inc.<br>dba Alturas Heating Ventilation &<br>Air Conditioning<br>362 1/2 VIA VISTA<br>MONTEBELLO, CA 90640 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: _ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Amaral Roofing
10042 Cynthia Drive
Huntington Beach, CA 92646

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,826.80 |
|---|---|---|---|

Ambient Electric
c/o Scott Thomas Green, Esq.
The Green Law Group, LLP
1777 E. Los Angeles Ave.
Simi Valley, CA 93065

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** _Ambient Electric v DDC Group, Inc. et al LASC 17 STLC05953_

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Ameri-Cal Repipe and Plumbing
6900 Knott Ave., Suite J
Buena Park, CA 90621

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,768.75 |
|---|---|---|---|

Anderson Door Service Inc
12890 Western Avenue
Garden Grove, CA 92841

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Aquamatic Fire Protection
540 Garcia Ave., Suite A
Pittsburg, CA 94565

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Artic Refrigeration
1300 Galaxy Way #7
Concord, CA 94520

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,536.88 |
|---|---|---|---|

Artistic Drywall Textures
3810 166th Pl NE #205
Arlington, WA 98223

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address
Associated Plumbing
90 Leavesley Road
Gilroy, CA 95020

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$100,065.50

---

**3.18** | Nonpriority creditor's name and mailing address
AYCON INC.
9520 Padgett Street, Suite 218
San Diego, CA 92126

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$37,100.00

---

**3.19** | Nonpriority creditor's name and mailing address
Bank of America
P.O. Box 982234
El Paso, TX 79998-2234

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$27,450.00

---

**3.20** | Nonpriority creditor's name and mailing address
BEC
2246 Lindsay Way
Glendora, CA 91740

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,994.00

---

**3.21** | Nonpriority creditor's name and mailing address
Behalf
P.O. Box 1804
New York, NY 10159

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$37,800.00

---

**3.22** | Nonpriority creditor's name and mailing address
Blue Water Plumbing
P.O. Box 431304
LOS ANGELES, CA 90043

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$5,300.00

---

**3.23** | Nonpriority creditor's name and mailing address
BOND Golden State Claims Adjuster
3250 Grey Hawk Ct, Carlsbad
Carlsbad, CA 92010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$7,500.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
Bracelin
3513 Wren Ave
Concord, CA 94519

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$18,302.56

---

**3.25** | Nonpriority creditor's name and mailing address
Bracelin Company
2308 Bates Ave., Suite A
Concord, CA 94520

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$84,360.36

---

**3.26** | Nonpriority creditor's name and mailing address
BUFFALO'S MECHANICAL INC
501 South Stockton Ave.
Ripon, CA 95366

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$34,945.00

---

**3.27** | Nonpriority creditor's name and mailing address
Cal Communications Services Inc
2624 Verne Roberts Circle, Ste 101
Antioch, CA 94509

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$12,680.00

---

**3.28** | Nonpriority creditor's name and mailing address
Cal Steam Inc
1595 crocker Avenue Hayward
Hayward, CA 94544

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$11,291.55

---

**3.29** | Nonpriority creditor's name and mailing address
California Air Conditioning Systems
c/o Min N. Thai, Esq.
Splinter & Thai, LLP
25124 Narbonne Ave., Suite 106
Lomita, CA 90717

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Cal Air v DDC
LASC Case No. 18 STLC 05332

Is the claim subject to offset? ■ No ☐ Yes

$17,500.00

---

**3.30** | Nonpriority creditor's name and mailing address
California Architectural
Millwork Supply, Inc.
180 N. Joy St Suite A
Corona, CA 92879

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$20,993.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $87,727.49 |
|---|---|---|---|

**3.31**

Nonpriority creditor's name and mailing address

Chase Ink
Cardmember Services
P.O. Box 6294
Carol Stream, IL 60197-6294

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$87,727.49**

---

**3.32**

Nonpriority creditor's name and mailing address

City Mechanical Inc
724 Alfred Nobel Drive
Hercule   94547

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$15,345.00**

---

**3.33**

Nonpriority creditor's name and mailing address

Commercial Decor Group, Inc.
920 MENDOCINO AVE
SANTA ROSA, CA 95401

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  Small claims case MSC-188824

Is the claim subject to offset? ■ No  ☐ Yes

**$5,000.00**

---

**3.34**

Nonpriority creditor's name and mailing address

Crc Roofing
3774 Bradview Drive
Sacrmento, CA 95827

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.35**

Nonpriority creditor's name and mailing address

Dabco (Plumbing & Coring)
PO Box 171
Lakewood, CA 90714

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,200.00**

---

**3.36**

Nonpriority creditor's name and mailing address

DBK Construction Inc.
2821 Crow Canyon Rd., #103
San Ramon, CA 94583

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$28,075.00**

---

**3.37**

Nonpriority creditor's name and mailing address

Delerio Construction LLC
4957 E LANSING WAY
Fresno, CA 93727

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$110,500.00**

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address**
DLab Drywall
8459 White Oak #105
Rancho Cucamonga, CA 91730

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$17,280.00

---

**3.39** | **Nonpriority creditor's name and mailing address**
E.J. Weber Electric Company, Inc.
895 Innes Avenue
San Francisco, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$18,000.00

---

**3.40** | **Nonpriority creditor's name and mailing address**
ECAMSECURE
3400 E Airport Way
Long Beach, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,100.00

---

**3.41** | **Nonpriority creditor's name and mailing address**
Edwoods, Inc.
6026 W 74th ST
Los Angeles, CA 90045

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$7,930.00

---

**3.42** | **Nonpriority creditor's name and mailing address**
Emarld Aire
19881 Brookhurst St Unit 140
Huntington Beach, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$2,719.50

---

**3.43** | **Nonpriority creditor's name and mailing address**
Emarld Aire
19881 Brookhurst St Unit 140
Huntington Beach, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$5,300.00

---

**3.44** | **Nonpriority creditor's name and mailing address**
Empire Parking Lot Services, Inc.
2363 N. Batavia Street
Orange, CA 94583

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

$401.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.45** | **Nonpriority creditor's name and mailing address**
Epoxy Floors by Rivas Corp
6635 Pacheco Creek Dr.
Hollister, CA 94583

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,600.00

---

**3.46** | **Nonpriority creditor's name and mailing address**
Excalibur Flooring &
Surface Artisans
3401 Sirius Ave, Unit 16
Las Vegas, NV 89102

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.47** | **Nonpriority creditor's name and mailing address**
Express Concrete
P.O. BOX 103
San Martin, CA 95046

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,170.00

---

**3.48** | **Nonpriority creditor's name and mailing address**
Farley Construction & Development
87 Adelfa Street
Rancho Mission Viejo, CA 92694

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$75,550.00

---

**3.49** | **Nonpriority creditor's name and mailing address**
Filippini Plastering LLC
PO Box 40
Arlington, WA 98223

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$19,466.00

---

**3.50** | **Nonpriority creditor's name and mailing address**
G & G Metal Fabricator Inc.
9720 El Poche Street
South El Monte, CA 91733

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.51** | **Nonpriority creditor's name and mailing address**
Golden State Claims Adjusters

3250 Grey Hawk Ct.
Carlsbad, CA 92010

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.52** | **Nonpriority creditor's name and mailing address**
Guiding Star
1918 Bel Aire Drive
Glendale, CA 91201

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,058.76

---

**3.53** | **Nonpriority creditor's name and mailing address**
HARDWOOD & TILE DISCOUNTERS
25021 Farrier Circle
Laguna Hills, CA 92653

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$17,506.00

---

**3.54** | **Nonpriority creditor's name and mailing address**
HCC BOND
601 S. Figueroa Street, Suite 1600
Los Angeles, CA 90017

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$4,500.00

---

**3.55** | **Nonpriority creditor's name and mailing address**
Herron Painting Co
1693 Harmony way
Pittsburg, CA 94565

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,156.00

---

**3.56** | **Nonpriority creditor's name and mailing address**
Hilo Erectros, Inc.
216 Epley Drive
Yuba City, CA 95991

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.57** | **Nonpriority creditor's name and mailing address**
I V Mechanical Inc.
dba R & K Air Conditioning
798 Industry Way
El Centro, CA 92243

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.58** | **Nonpriority creditor's name and mailing address**
JML Engineering & Construction Inc.
921 Marina Way South, Suite D
Richmond, CA 94807

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$24,845.43

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address**
JMS Air Conditioning & Heating Serv
c/o Stanley Kimmel, Esq.
10727 White Oak Ave., Ste. 202
Granada Hills, CA 91344

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pizza 90, Inc.

Is the claim subject to offset? ☑ No ☐ Yes

$61,830.00

---

**3.60** | **Nonpriority creditor's name and mailing address**
Johnson Controls, Inc.
Dept. CH 10320
Palatine, IL 60055-0320

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$21,857.68

---

**3.61** | **Nonpriority creditor's name and mailing address**
JS Floor Covering Inc.
1003 E Evan Hewes St
El Centro, CA 92243

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$21,644.37

---

**3.62** | **Nonpriority creditor's name and mailing address**
Kabbage
P.O. Box 77073
Atlanta, GA 30357-1073

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$21,540.00

---

**3.63** | **Nonpriority creditor's name and mailing address**
Kaiser Permante
2706 Media Center Drive
Los Angeles, CA 90065

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$19,982.08

---

**3.64** | **Nonpriority creditor's name and mailing address**
Kevatek Inc
752 E AVOCADO CREST RD
La Habra, CA 90631

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$6,832.50

---

**3.65** | **Nonpriority creditor's name and mailing address**
Kevin's Island Custom Coatings
2730 N. Benton Place
Oak Harbor, WA 98277

**Date(s) debt was incurred** __
**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☑ No ☐ Yes

$7,042.08

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.66** | **Nonpriority creditor's name and mailing address**
Kibo Energy Services
200 Gamay Place
El Dorado Hills, CA 95762

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.67** | **Nonpriority creditor's name and mailing address**
Larry O Crother Inc.
dba ABC Insulation & Supply Co.
11386 Amalgam Way
Rancho Cordova, CA 95670

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.68** | **Nonpriority creditor's name and mailing address**
Legacy Roofing and Waterproofing
1698 Rogers Ave., Suite 10
San Jose, CA 95112

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.69** | **Nonpriority creditor's name and mailing address**
Lynch Electric
1160 Industrial Road # 18
San Carlos, CA 94070

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$60,000.00

---

**3.70** | **Nonpriority creditor's name and mailing address**
Master Metal Products Co.
495 Emory Street
San Jose, CA 95110

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$350.00

---

**3.71** | **Nonpriority creditor's name and mailing address**
Matrix HG Inc.
2355 Whitman Road
Concord, CA 94518

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$75,000.00

---

**3.72** | **Nonpriority creditor's name and mailing address**
Mike Medina Plumbing
P O BOX 331
SUN VALLEY, CA 91353

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

$1,343.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|--------|-----------------|------------------------|------------------|
| | Name | | |

---

**3.73** **Nonpriority creditor's name and mailing address**
Mobile Modular Management Corp.
c/o Rauch-Milliken International In
P.O. Box 8390
Metairie, LA 70011

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $517.97
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** **Nonpriority creditor's name and mailing address**
Moonlite Electric
525 De Carlo Avenue #C
Richmond, CA 94801

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                 $39,750.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** **Nonpriority creditor's name and mailing address**
MORTON SMITH ELECTRICAL, INC
955 PINER PLACE
SANTA ROSA, CA 95403

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                   $600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** **Nonpriority creditor's name and mailing address**
Nick Murgia Flooring
1647 Taylor Blvd
Lafayette, CA 94549

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                 $38,031.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**
Nor-Cal Acoustics
851 Bancroft Road
Walnut Creek, CA 94598

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                     $0.00
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**
NorCal Cajun Foods II Inc.
c/o Jagdeep Hansra, Esq.
111 N. Market Street, Suite 300
San Jose, CA 95113

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                     $0.00
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** NorCal Cajun II v DDC Group, Inc.
Case No. SVC 259884

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**
O.T. Epoxy Floors
3553 Ryder St
Santa Clara, CA 95051

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.                                  $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.80**

**Nonpriority creditor's name and mailing address**
Old Republic Surety Company
445 S. Moorland Road, Suite 200
Brookfield, WI 53005

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$4,700.00

---

**3.81**

**Nonpriority creditor's name and mailing address**
Opening Technologies
110 2nd Avenue South, #C5
Pacheco, CA 94553

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,770.00

---

**3.82**

**Nonpriority creditor's name and mailing address**
Original Sid Blackman Plumbing,
1160 S. 2nd Street
El Centro, CA 92243

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$30,160.00

---

**3.83**

**Nonpriority creditor's name and mailing address**
PAC Integrations, Inc.
5051 Commercial Cir., Ste. C, D
Concord, CA 94524

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,075.00

---

**3.84**

**Nonpriority creditor's name and mailing address**
Pacific Decorative Concrete
5421 Stationers Way
Sacramento, CA 95842

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.85**

**Nonpriority creditor's name and mailing address**
Paragon Tile & Stone, Inc.
PO Box 230845
Tigard, OR 97281

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$21,856.00

---

**3.86**

**Nonpriority creditor's name and mailing address**
PDCI
5421 STATIONERS WAY
SACRAMENTO, CA 95842

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$7,873.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **3.87** | **Nonpriority creditor's name and mailing address**<br>PDX Drywall<br>P.O. Box 8253<br>Salem, OR 97303 | **As of the petition filing date, the claim is:** *Check all that apply.*     $20,865.08<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.88** | **Nonpriority creditor's name and mailing address**<br>Photo Electric, LLC<br>2859 22nd St. SE, Suite 140<br>Salem, OR 97302 | **As of the petition filing date, the claim is:** *Check all that apply.*     $0.00<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.89** | **Nonpriority creditor's name and mailing address**<br>PIRES ELECTRIC<br>24 MONTALBAN DR<br>FREMONT, CA 94536 | **As of the petition filing date, the claim is:** *Check all that apply.*     $41,330.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.90** | **Nonpriority creditor's name and mailing address**<br>Pour Electric<br>2996 Great Egret Way<br>Sacramento, CA 95834 | **As of the petition filing date, the claim is:** *Check all that apply.*     $10,238.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.91** | **Nonpriority creditor's name and mailing address**<br>Precision Drywall Inc.<br>184 Mendell Street<br>San Francisco, CA 94124 | **As of the petition filing date, the claim is:** *Check all that apply.*     $28,900.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.92** | **Nonpriority creditor's name and mailing address**<br>Premier Roofing & Building Co.<br>1080 N Batavia, Suite N<br>Orange, CA 92867 | **As of the petition filing date, the claim is:** *Check all that apply.*     $0.00<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| | | |
|---|---|---|
| **3.93** | **Nonpriority creditor's name and mailing address**<br>PRO TECH PAINTING<br>818 Cristich Lane #3<br>Campbell, CA 95008 | **As of the petition filing date, the claim is:** *Check all that apply.*     $1,777.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.94** | **Nonpriority creditor's name and mailing address**
Progress Glass Co., Inc.
25 Patterson St.
San Francisco, CA 94124

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$74,719.00

---

**3.95** | **Nonpriority creditor's name and mailing address**
Promax
c/o Nick M. Campbell, Esq.
Builders Law Group, Inc.
9767 Via Roma
Burbank, CA 91504

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Promax v DDC
LASC Case No. BC703727

Is the claim subject to offset? ■ No ☐ Yes

$118,600.08

---

**3.96** | **Nonpriority creditor's name and mailing address**
Pyro-Comm Systems, Inc
15531 Container Lane
Huntington Beach, CA 92649

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,587.50

---

**3.97** | **Nonpriority creditor's name and mailing address**
Qualco Fire Protection
11850 Hamden Pl
Santa Fe Springs, CA 90670

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$10,350.00

---

**3.98** | **Nonpriority creditor's name and mailing address**
Quality Production Services
c/o Armenak Kavcioglu, Esq.
Raisin & Kavcioglu
16055 Ventura Blvd., Ste. 1200
Encino, CA 91436

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** Quality Production Services, Inc. v DDC Group, Inc.
SC128829

Is the claim subject to offset? ■ No ☐ Yes

$27,533.00

---

**3.99** | **Nonpriority creditor's name and mailing address**
Quality Production Services
c/o Armenak Kavcioglu, Esq.
16055 Ventura Blvd., Ste. 1200
Encino, CA 91436

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** Quality Production Services, Inc. v DDC Group, Inc.
(Papyrus) LASC 128824

Is the claim subject to offset? ■ No ☐ Yes

$50,840.00

---

**3.100** | **Nonpriority creditor's name and mailing address**
R&K Air Conditioning
798 Industry way
El Centro, CA 92243

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$8,389.40

---

| Debtor | DDC Group, Inc. | | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|---|
| | Name | | | |

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

R. Nick Murgia Flooring, Inc.
1647 Taylor Blvd.
Lafayette, CA 94549

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim:  duplicate of #76

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00

RA Exteriors & Construction
PO BOX No. 20698
Keizer, OR 97307

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

Randin Plumbing
15131 Triton Lane, Suite 108
Huntington Beach, CA 92649

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number**  1051

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,469.00

Red Hawk Company
14509 Metcalf Road
Grass Valley, CA 95949

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,690.00

Red Hawk Fire & Security
P.O. Box 512250
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,900.00

Regency Fire Protection Inc.
7651 Densmore Avenue
Van Nuys, CA 91406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,705.00

ROBERT FARLEY CONSTRUCTION
2195 Elmer Ave
Yuba City, CA 95993

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.108** Nonpriority creditor's name and mailing address
Roofco Inc.
3850 Cincinnati Avenue
Rocklin, CA 95765

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $0.00
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address
S-TEAM PAINTING
29 BELMONTE
Irvine, CA 92620

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $1,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address
Scholten Roofing, Inc
7157 Guide Merdian #1
Lynden, WA 98264

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $40,891.94
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address
Schurman Fine Papers
c/o Daniel Hershman, Esq.
Fisher Broyles
2110 Artesia Blvd., Suite 606
Redondo Beach, CA 90278

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $176,000.00
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Schurman Fine Papers v DDC Case No BC 691660
DDC Group Inc. Cross-complaint for $87,915.90

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** Nonpriority creditor's name and mailing address
Set in Stone Tile Co.
4910 Wellington Park Drive
San Jose, CA 95136

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $55,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** Nonpriority creditor's name and mailing address
Shade Tree Homes
9663 Jackson Hill Road SE
Salem, OR 97306

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $20,388.47
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** Nonpriority creditor's name and mailing address
SHIELD FIRE PROTECTION
29391 VALERIO COURT
LAGUNA NIGUEL, CA 92677

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    $3,205.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,949.00 |
|---|---|---|---|
| | Southland Industries<br>4765 Cameron Street<br>Las Vegas, NV 89103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,534.00 |
|---|---|---|---|
| | Stumbaugh and Associates, Inc.<br>3303 N San Fernando Blvd.<br>Burbank, CA 91504 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | Sundance Plumbing Co.<br>1830 E. Miraloma Ave., Suite A<br>Placentia, CA 92870 | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,628.00 |
|---|---|---|---|
| | Sunset Stucco & Exteriors LLC<br>PO BOX 17915<br>SALEM, OR 97305 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,563.09 |
|---|---|---|---|
| | Superior Labor Commissioner<br>Judgement Enforcment unit<br>2031 How Ave #100<br>Sacramento, CA 95825 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: Mario Linares v DDC Group Inc.<br>Case No. 17 CV309233 | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,500.00 |
|---|---|---|---|
| | Sylvester Roofing Co., Inc<br>306 N West El Norte Pkwy #371<br>Escondido, CA 92026 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,500.00 |
|---|---|---|---|
| | Tabarez General Contracting<br>Building Contractor<br>310 S La Brucherie Rd<br>El Centro, CA 92243 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

**3.122** | **Nonpriority creditor's name and mailing address**
The H Morgan Group
19532 BALLINGER ST
NORTHRIDGE, CA 91324

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$21,761.75

---

**3.123** | **Nonpriority creditor's name and mailing address**
Torrey Pines
Attn: Adam W. Djou
601 West 5th Street, Sutie 100
Los Angeles, CA 90071

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.124** | **Nonpriority creditor's name and mailing address**
Total Kitchen Steel
1415 W. 135th Street
Gardena, CA 90249

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.125** | **Nonpriority creditor's name and mailing address**
TRE Lighting & Electrical
2026 E. South Redwood Ave.
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$40,347.50

---

**3.126** | **Nonpriority creditor's name and mailing address**
TRE Lighting & Electrical
2026 E. South Redwood Dr
Anaheim, CA 92806

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$4,591.63

---

**3.127** | **Nonpriority creditor's name and mailing address**
Tyco SimplexGrinnell
Dept. CH 10320
Palatine, IL 60055-0320

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$23,096.68

---

**3.128** | **Nonpriority creditor's name and mailing address**
Universal General & Engineering Inc

41-905 Boardwalk, Ste K
Palm Desert, CA 92211

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$29,296.00

---

| Debtor | DDC Group, Inc. | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address**
UNIVOIP INC.
830 Parkview Drive North
El Segundo, CA 90245

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** UNIVOIP INC. v DDC GROUP INC.
18IWSC01140

Is the claim subject to offset? ☑ No  ☐ Yes

$0.00

---

**3.130** | **Nonpriority creditor's name and mailing address**
Value Painting
3363 Somerset Ave.
Castro Valley, CA 94546

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$6,700.00

---

**3.131** | **Nonpriority creditor's name and mailing address**
Vyacheslav Borisov
705 W. 9th Street
Los Angeles, CA 90015

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$21,450.00

---

**3.132** | **Nonpriority creditor's name and mailing address**
Western Fire Protections Inc.
13630 Denielson Street
Poway, CA 92064

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$5,685.00

---

**3.133** | **Nonpriority creditor's name and mailing address**
Wingpin
695 Town Center Drive, Suite 700
Costa Mesa, CA 92626

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$14,000.00

---

**3.134** | **Nonpriority creditor's name and mailing address**
WOOD WORKS FIRE PROTECTION
1660 Glenwood Drive
Scotts Valley, CA 95066

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$8,250.00

---

**3.135** | **Nonpriority creditor's name and mailing address**
York Mechanical Inc.
P. O. Box 21474
Keizer, OR 97307

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

$6,700.00

---

**Part 3:** | **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

---

| Debtor | DDC Group, Inc. | | Case number (if known) | 2:18-bk-17029-BB |
|---|---|---|---|---|
| | Name | | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Ambient Electric<br>2363 Teller Rd. Suite 112<br>Newbury, CA 91320 | Line 3.11<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5019 | Line 3.19<br>☐ Not listed. Explain ____ | __ |
| 4.3 | EDD<br>10330 Poiner Blvd Suite 150<br>Santa Fe Springs, CA 94583 | Line 2.2<br>☐ Not listed. Explain ____ | __ |
| 4.4 | Internal Revenue Service<br>300 N. Los Angeles St.<br>Insolvency Group7 M/Z 5022<br>Los Angeles, CA 90012 | Line 2.5<br>☐ Not listed. Explain ____ | __ |
| 4.5 | Promax<br>PO Box 1397<br>Paramount, CA 90723 | Line 3.95<br>☐ Not listed. Explain ____ | __ |
| 4.6 | Quality Production Services<br>3730 Skypark Drive<br>Torrance, CA 90505 | Line 3.98<br>☐ Not listed. Explain ____ | __ |
| 4.7 | Tim J. Agajanian, Esq.<br>Ropers Majeski Kohn & Bentley PC<br>445 S Figueroa St., Suite 3000<br>Los Angeles, CA 90071 | Line 3.59<br>☐ Not listed. Explain ____ | __ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 291,753.59 |
| 5b. Total claims from Part 2 | 5b. + $ | | 2,561,039.84 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,852,793.43 |

**Fill in this information to identify the case:**

Debtor name ___ DDC Group, Inc.

United States Bankruptcy Court for the: ___ CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ___ 2:18-bk-17029-BB

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | 2017 Mercedes S550 lease | |
| | State the term remaining | lease ends 8/25/2020 | Mercedes Benz Financial Services Downtown LA Motors, LP 1801 S. Figueroa Street Los Angeles, CA 90015 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Sublease agreement for 350 South Grand Ave., Suite 1670, Los Angeles, CA | |
| | State the term remaining | Lease ends 10/31/2019 | Merrill Communications LLC One Merrill Circle Saint Paul, MN 55108 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:18-bk-17029-BB

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Mercedes Benz Financial Services | Downtown LA Motors, LP<br>1801 S. Figueroa Street<br>Los Angeles, CA 90015 | Vyascheslav Borisov | ☐ D ____<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | Vyascheslav Borisov | | GTR | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | Vyascheslav Borisov | | RDY Holdings LLC | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | Vyascheslav Borisov | | Richmond Capital | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.5 | Vyascheslav Borisov | | YellowStone Capital | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | DDC Group, Inc. | | Case number *(if known)* | 2:18-bk-17029-BB |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| 2.6 | Vyascheslav Borisov | Yes Lender | ■ D    2.6<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Vyascheslav Borisov | Merrill Communications LLC | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    DDC Group, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:18-bk-17029-BB

☐ Check if this is an
    amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From  6/01/2018 to Filing Date | ■ Operating a business ☐ Other | $2,047,325.54 |
| For prior year: From  1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other | $7,454,671.90 |
| For year before that: From  1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other | $1,578,006.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    DDC Group, Inc.                                    Case number (if known)  2:18-bk-17029-BB

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. See attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Daniil Borisov<br>350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071<br>Owner/Chief Operating Officer | See attached | $0.00 | |
| 4.2. Vyascheslav Borisov<br>350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071<br>Owner/Chief Executive Officer & President | See attached. | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Potential setoff rights in litigation in Question No. 7 | Last 4 digits of account number: _____ | | $0.00 |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    DDC Group, Inc.    Case number *(if known)* 2:18-bk-17029-BB

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Schurman Fine Papers v DDC Group, Inc.<br>BC 691660 | | Superior Court - Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | DDC Group Inc v Schurman Fine Papers<br>(Cross-complaint) | | Superior Court - Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Ambient Electric v DDC Group Inc. et al<br>LASC 17 STLC05953 | | Superior Court - Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | Quality Production Services, Inc. v DDC Group, Inc.<br>SC128829 | | Superior Court - Santa Monica<br>1725 Main Street<br>West District<br>Santa Monica, CA 90401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | Quality Production Services, Inc. v DDC Group, Inc.<br>SC128824 (Papyrus) | | Superior Court - Santa Monica<br>1725 Main Street<br>West District<br>Santa Monica, CA 90401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | NorCal Cajun II v DDC Group, Inc.<br>SVC 259884 | | Superior Court of California<br>Sonoma County<br>3055 Cleveland Avenue<br>Santa Rosa, CA 95403 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | JMS v. DDC etal<br>LC 105403 | | Superior Court - Van Nuys East<br>6230 Sylmar Avenue<br>Van Nuys, CA 91401 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | Cal Air v. DDC<br>18 STLC 05332 | | Superior Court - Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | Promax v. DDC<br>BC703727 | | Superior Court - Los Angeles<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Commercial Décor Group, Inc. v DDC<br>Small claims case MSC-188824 | | Small Claims Court<br>3035 Cleveland Ave., Suite 200<br>Santa Rosa, CA 95406 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | Mario Linares v DDC Group Inc.<br>Case No. 17 CV309233 | | Superior Court of California<br>County of Santa Clara<br>191 North First Street<br>San Jose, CA 95113 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | DDC Group, Inc. v Jack in the Box, et al<br>37-2017-00041113-CU-MC-CTL | | Superior Court of Californa<br>San Diego Courthouse | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    DDC Group, Inc.                                          Case number *(if known)*  2:18-bk-17029-BB

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.13. | DDC Group, Inc. v BG Retail, etal<br>CGC-18-565420 | | Superior Court of California<br>San Francisco Courthouse<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | DDC Group, Inc. v Koja, etal<br>18CV326138 | | Santa Clara Superior Court<br>San Jose courthouse | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | UNIVOIP INC. v DDC GROUP INC.<br>18IWSC01140 | | Superior Court - Inglewood<br>Southwest District<br>One Regent Street<br>Inglewood, CA 90301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

---

Debtor    DDC Group, Inc.

Case number *(if known)*    2:18-bk-17029-BB

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. M. Jonathan Hayes<br>17609 Ventura Blvd., Suite 314<br>Encino, CA 91316 | Attorney Fees | 6/13/2018 | $35,000.00 |
| Email or website address<br>jhayes@RHMFirm.com | | | |
| Who made the payment, if not debtor? | | | |

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid In exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 515 South Flower St., Suite 3700<br>Los Angeles, CA 90017 | October 2016 - March 2017 |

| Part 8: | Health Care Bankruptcies |
|---|---|

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    DDC Group, Inc.    Case number *(if known)*  2:18-bk-17029-BB

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

■ Yes. State the nature of the information collected and retained.

Debtor obtains W-9s from sub-contractors and some wire transfers have account information.

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| See attached list | | | $0.00 |

Debtor    DDC Group, Inc.                                          Case number (if known)  2:18-bk-17029-BB

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

  ■ No.
  ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

  ■ No.
  ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
  List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

  ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
  ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | RCP Tax Services, Inc.<br>1477 Colorado Blvd.<br>Los Angeles, CA 90041 | |
| 26a.2. | Unchained Financial Services<br>8560 W. Sunset Blvd., Suite  400<br>West Hollywood, CA 90069 | |

---

Debtor    DDC Group, Inc.
Case number *(if known)*  2:18-bk-17029-BB

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

## 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Daniil Borisov | 350 South Grand Ave., Suite 1670 Los Angeles, CA 90071 | Owner/Chief Operating Officer | 30% |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Vyascheslav Borisov | 350 South Grand Ave., Suite 1670 Los Angeles, CA 90071 | Owner/Chief Executive Officer & President | 70% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brian Rhoden | | Chief Financial Officer | 5/2017 to 5/2018 |

## 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor   DDC Group, Inc.                                   Case number (if known)  2:18-bk-17029-BB

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | Daniil Borisov 350 South Grand Ave., Suite 1670 Los Angeles, CA 90071 | see attached | | |
| | **Relationship to debtor** Owner/Chief Operating Officer | | | |
| 30.2 . | Vyascheslav Borisov 350 South Grand Ave., Suite 1670 Los Angeles, CA 90071 | See attached | | |
| | **Relationship to debtor** Owner/Chief Executive Officer & President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

Name of the parent corporation                           **Employer identification number of the parent corporation**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Name of the pension fund                                 **Employer identification number of the parent corporation**

**Part 14:  Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    July 16, 2018

_____                         Slava Borisov
Signature of individual signing on behalf of the debtor   Printed name

Position or relationship to debtor    President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

10:33 PM
07/05/18
Cash Basis

## DDC Group Inc - updated
## Transactions by Account
### As of June 18, 2018

| Date | Num | Name | Address | Reasons | Amount |
|---|---|---|---|---|---|
| 03/15/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 2,900.00 |
| 03/21/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 13,784.83 |
| 03/21/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 35,000.00 |
| 03/21/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 250.00 |
| 03/22/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 7,500.00 |
| 03/22/2018 | | Precision Drywall, Inc. | 184 Mendell Street, San Francisco, CA 94124 | Subcontractors Expense | 9,000.00 |
| 03/22/2018 | | BURLINGTON PLUMBING | P.O. Box 270744, Las Vegas NV 89127 | Subcontractors Expense | 15,000.00 |
| 03/23/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 7,500.00 |
| 03/23/2018 | | G & G Metal Fabricator, Inc. | 9720 El Poche St, South El Monte, CA 91733 | Subcontractors Expense | 8,000.00 |
| 03/27/2018 | | BURLINGTON PLUMBING | P.O. Box 270744, Las Vegas NV 89127 | Subcontractors Expense | 5,000.00 |
| 03/28/2018 | | HM Morgan Group | 19532 Ballinger St., Northridge CA 91324 | Subcontractors Expense | 6,000.61 |
| 03/29/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 18,000.00 |
| 03/29/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 1,500.00 |
| 03/30/2018 | | BURLINGTON PLUMBING | P.O. Box 270744, Las Vegas NV 89127 | Subcontractors Expense | 5,000.00 |
| 03/30/2018 | | SHELOWITZ LAW GROUP PLLC | 275 Seventh Avenue 7th Floor, New York, NY 10001 | Legal Expense | 5,000.00 |
| 03/30/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 12,497.72 |
| 04/02/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 4,500.00 |
| 04/02/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 12,400.00 |
| 04/03/2018 | | Mark S Wilcox | 9460 Forth Worth Way, Sacramento CA 95827 | Subcontractors Expense | 12,000.00 |
| 04/04/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 10,500.00 |
| 04/05/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 50,000.00 |
| 04/05/2018 | | DELUXE BUS SYS | 3680 Victoria Street North, Shoreview, MN 55126 | Computer Expenses | 275.74 |
| 04/05/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 4,000.00 |
| 04/06/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 7,125.00 |
| 04/06/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 15,000.00 |
| 04/09/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 3,500.00 |
| 04/09/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Professional Fees | 3,500.00 |
| 04/09/2018 | 1003 | COBRA DDI | 216 S. Citrus St. #337, West Covina CA 91791 | Professional Fees | 435.00 |
| 04/11/2018 | | CHASE CREDIT CARD | P.O. Box 94014, Palentin, IL 60094-4014 | Operating Expense | 3,500.00 |
| 04/13/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 42,000.00 |
| 04/13/2018 | 1025 | BOLERO INC | P.O Box 1894, Glendora CA 91740 | Sales / Commissions | 2,500.00 |
| 04/16/2018 | 1023 | LOKE WALSH IMMIGRATION LAW | 881 Alma Real Dr #205, Pacific Palisades, CA 90272 | Subcontractors Expense | 1,500.00 |
| 04/17/2018 | 1021 | Friends and Family Construction | 2322 118th Pl, SE, Lake Stevens, WA 98258 | Subcontractors Expense | 3,578.00 |
| 04/23/2018 | | Precision Drywall, Inc. | 184 Mendell Street, San Francisco, CA 94124 | Subcontractors Expense | 12,500.00 |
| 04/23/2018 | 1031 | SET IN STONE TILE | 4910 Wellington Park Dr., San Jose CA 95136 | Subcontractors Expense | 15,000.00 |
| 04/25/2018 | 1009 | UNITED STATES DEPARTMENT OF HOMELAND SECURITY | CA Svc Center, Laguna Niguel CA 92607-0590 | TN Visa | 460.00 |

10:33 PM
07/05/18
Cash Basis

## DDC Group Inc - updated
## Transactions by Account
### As of June 18, 2018

| Date | Num | Name | Address | Reasons | Amount |
|---|---|---|---|---|---|
| 04/25/2018 | 1029 | UNITED STATES DEPARTMENT OF HOMELAND SECURITY | CA Svc Center, Laguna Niguel CA 92607-0590 | TN Visa | 1,225.00 |
| 04/26/2018 | 1027 | ABM ONSITE | 350 S. Grand Ave, Los Angeles CA 90071 | Parking | 784.00 |
| 04/26/2018 | 1033 | Dalton girls wallpaper & Paint | 105 NE 7th St, Coupeville, Washington 98239 | Subcontractors Expense | 3,558.83 |
| 04/27/2018 | 1037 | COBRA DDI | 216 S. Citrus St. #337, West Covina CA 91791 | Professional Fees | 540.00 |
| 04/30/2018 | | Merril Communications LLC | CM-9638, St. Paul MN 55170 | Rent Expense | 9,686.58 |
| 04/30/2018 | | EMPLOYMENT DEVELOPMENT DEPT. | 10330 Pioneer Blvd. #150, Santa Fe Springs CA 90670 | Payroll Liabilities | 3,000.00 |
| 04/30/2018 | 1075 | BOLERO INC | P.O Box 1894, Glendora CA 91740 | Sales / Commissions | 2,500.00 |
| 05/01/2018 | 1026 | Tabarez General Contracting | 310 S La Bruchene Rd, El Centro, CA 92243 | Subcontractors Expense | 13,050.00 |
| 05/07/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 3,000.00 |
| 05/07/2018 | | AT&T | P.O. Box 5014, Carol Stream IL 60197-5014 | Telephone Expense | 1,182.35 |
| 05/07/2018 | | OFFICECORP INC. | 26040 Acero, Mission Viejo, CA 92691 | Office Expense | 536.32 |
| 05/07/2018 | 1018 | Icon D&P | 113 Main Street, Newton NY 07860 | Subcontractors Expense | 4,500.00 |
| 05/08/2018 | 1017 | JS Floor Covering Inc. | 1003 E Evan Hewes Hwy, El Centro, CA 92243 | Subcontractors Expense | 4,448.13 |
| 05/09/2018 | | MARLIN BUSINESS | 26040 Acero Mission Viejo, CA 92691 | Office Expense | 332.00 |
| 05/10/2018 | | Konnect Contracting,Inc. | 601 S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 750.00 |
| 05/21/2018 | | Konnect Contracting,Inc. | 601  S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 2,000.00 |
| 05/21/2018 | | Konnect Contracting,Inc. | 601  S. Figuroa Street Suite 4050 Los Angeles CA 90017 | Subcontractors Expense | 2,000.00 |
| 05/21/2018 | | KAISER PERMANENTE | P.O. Box 23758 San Diego, CA 92193-3758 | Health Insurance | 543.38 |
| 05/21/2018 | | 3D TEXTURE MANUFACTURERS | 31280 Oakhurst Drive, Suite 4 Westlake Village CA 91361 | Construction Materials Costs | 2,317.15 |
| 05/21/2018 | | Francisco Hernandez | 2808 Prescott Rd, Modesto CA 95350 | Subcontractors Expense | 3,500.00 |
| 05/22/2018 | | AT&T | P.O. Box 5014, Carol Stream IL 60197-5014 | Telephone Expense | 569.75 |
| 05/22/2018 | 1089 | BOLERO INC | P.O Box 1894, Glendora CA 91740 | Sales / Commissions | 500.00 |
| 05/23/2018 | | FARMERS INSURANCE | P.O. Box 0991 Carol Stream IL 60132-0991 | Insurance Expense | 615.35 |
| 05/24/2018 | | Unchained Financial Services | 1100 Dexter Avenue North Suite 100, Seattle WA 98109 | Professional Fees | 2,200.00 |
| 05/24/2018 | | Precision Drywall, Inc. | 184 Mendell Street, San Francisco, CA 94124 | Subcontractors Expense | 12,500.00 |
| 05/24/2018 | | Precision Drywall, Inc. | 184 Mendell Street, San Francisco, CA 94124 | Subcontractors Expense | 12,500.00 |
| 05/24/2018 | | BANK OF AMERICA | P.O Box 15019, Wilmington DE 19850-5019 | Operating Expense | 2,500.00 |
| 05/24/2018 | | BANK OF AMERICA | P.O Box 15019, Wilmington DE 19850-5019 | Operating Expense | 2,500.00 |
| 05/25/2018 | | COST FINANCIAL INSURANCE | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 5.99 |
| 05/25/2018 | | COST FINANCIAL INSURANCE | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 5.99 |
| 05/25/2018 | | COST FINANCIAL INSURANCE | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 5.99 |
| 05/25/2018 | 52318 | MAIN STREET PREMIUM | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 925.45 |
| 05/25/2018 | 52318 | MAIN STREET PREMIUM | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 1,788.42 |
| 05/25/2018 | 5232018 | MAIN STREET PREMIUM | 807 W. Hwy 50, Suite 4, P O Box 1506, Ofallon IL 92269 | Insurance Expense | 598.81 |
| 05/25/2018 | 1036 | Tabarez General Contracting | 310 S La Bruchene Rd, El Centro, CA 92243 | Subcontractors Expense | 21,600.00 |
| 05/29/2018 | 1007 | R & K Air Conditioning | 798 Industry Way, El Centro, CA 92243 | Subcontractors Expense | 17,265.60 |
| 05/31/2018 | | BANK OF AMERICA | P.O Box 15019, Wilmington DE 19850-5019 | Operating Expense | 5,500.00 |

10:33 PM
07/05/18
Cash Basis

## DDC Group Inc - updated
## Transactions by Account
### As of June 18, 2018

| Date | Num | Name | Address | Reasons | Amount |
|------|-----|------|---------|---------|--------|
| 05/31/2018 | | SERGIO RUIZ | 2808 Prescott Rd, Modesto CA 95350 | Subcontractors Expense | 5,500.00 |
| 05/31/2018 | | CAL PHYSICIANS | PO Box 740167, Los Angeles CA 90074 | Health Insurance | 1,976.74 |
| 06/01/2018 | | STATE COMP INSURANCE | 655 N. Central Ave., Glendale CA 91203 | Insurance Expense | 1,048.10 |
| 06/04/2018 | | STATE COMP INSURANCE | 655 N. Central Ave., Glendale CA 91203 | Insurance Expense | 949.10 |
| 06/04/2018 | | KAISER PERMANENTE | P.O. Box 23758 San Diego, CA 92193-3758 | Health Insurance | 2,320.45 |
| 06/04/2018 | 1086 | Francisco Hernandez | 2808 Prescott Rd, Modesto CA 95350 | Subcontractors Expense | 1,700.00 |
| 06/05/2018 | 1085 | WATERMARKE TOWER | 705 West 9th, Los Angeles CA 90015 | Rent Expense | 4,675.00 |
| 06/05/2018 | 1091 | Prostar | 430 South Garfield Ave., Suite 328, Alhambra CA 91801 | Freight & Delivery | 2,000.00 |
| 06/07/2018 | 605 | BANK OF AMERICA | P.O Box 15019, Wilmington DE 19850-5019 | Operating Expense | 2,000.00 |
| 06/08/2018 | | Francisco Hernandez | 2808 Prescott Rd, Modesto CA 95350 | Subcontractors Expense | 1,500.00 |
| 06/08/2018 | | SERGIO PEREZ | 408 Codington Way #762, Modest CA | Subcontractors Expense | 5,000.00 |
| 06/08/2018 | | Merrill Communications LLC | CM-9638, St. Paul, MN 55170 | Rent Expense | 20,725.27 2 months |
| 06/08/2018 | 1102 | Symco Scott's Inc DBA Bayline Demolition | PO Box 23464, San Jose, CA 95153 | Accounts Payable | 1,502.00 |
| 06/11/2018 | | COBRA DDI | 216 S. Citrus St. #337, West Covina CA 91791 | Licensing | 350.00 |
| 06/11/2018 | 608 | BANK OF AMERICA | P.O Box 15019, Wilmington DE 19850-5019 | Operating Expense | 4,000.00 |
| 06/12/2018 | 1111 | BOLERO INC | P.O Box 1894, Glendora CA 91740 | Sales / Commissions | 2,000.00 |
| 06/13/2018 | | WATERMARKE TOWER | 705 West 9th, Los Angeles CA 90015 | Rent Expense | 6,454.83 |
| 06/13/2018 | | Unchained Financial Services | 1100 Dexter Avenue North Suite 100, Seattle WA 98109 | Professional Fees | 5,500.00 |
| 06/13/2018 | | RMO AGENCY LLC | 4521 Campus Dr #118, Irvine, CA 92612 | Licensing | 795.00 |
| 06/13/2018 | 1103 | City of Riverbank | 6707 Third Street, Riverbank CA 95367 | Permits | 2,084.49 |
| 06/14/2018 | | JAMES LUCCHESI | 1020 S. Flower St. #203, LA CA 90015 | Subcontractors Expense | 582.30 |
| 06/14/2018 | | RESNIK HAYES MORADI LLP | 510 W. Sixth Street Suite 1220, Los Angeles, CA 90014 | Legal Expense | 35,000.00 |
| 06/14/2018 | | MERCEDES VW | Downtown LA Motors 1801 S. Figueroa St. LA, CA 90015 | Lease Exp | 15.00 |
| 06/14/2018 | | MERCEDES VW | Downtown LA Motors 1801 S. Figueroa St. LA, CA 90015 | Lease Exp | 1,368.01 |
| 06/15/2018 | | Francisco Hernandez | 2808 Prescott Rd, Modesto CA 95350 | Subcontractors Expense | 2,500.00 |
| 06/15/2018 | | RMO AGENCY LLC | 4521 Campus Dr #118, Irvine, CA 92612 | Licensing | 845.00 |
| 06/18/2018 | 1120 | COBRA DDI | 216 S. Citrus St. #337, West Covina CA 91791 | Licensing | 150.00 |

List of Personal Property of DDC Group, Inc. Employees at Office.


Kathleen Hateley

Laptop and charger,  I-phone and charger, personal items that come with me in my purse and briefcase,  my briefcase, the pictures of my family, the pictures on the wall of my office, my framed degrees on my wall, a tea cup, a small vase, 6 ceramic coaster, hand cream , three plants and a candy dish.


Maria Bustamante

MacBook Pro Model A1502 + charger + case
Iphone X with case and charger
Wallet (Chase Debit Cards, Argentina ID, Argentina Credit cards,)
Black Purse with things inside.


Courtney Wade

Red cell phone shoe
Relax statue
Selfie stick
Galaxy 7 phone
Galaxy 9

Nicholas Sosa

IPhone X and charger
a screwdriver,
Motorcycle helmet,
Motorcycle gloves,
Hand lotion,
Mike Trout Bobble Head,
Reading glasses,
Large metal pin,
Hair brush
A few pens brought from home

Carlos Peredo
Personal Cellphone, Black iPhone X , earphones and charger for phone
Grey Backpack (with everything inside...)
MacBook Pro, 13 inches.
iPhone accessories i.e. earphones & USB cable
Wallet

Nicholay Borisov Personal Items

1. MacBook Pro 2015
2. iPhone 6S and charger
3. Box of books, office supplies, pictures and files marked as Nikolay's Office Items.

Suhey Perez
coaster, gold
 globe desk accessory,
bath and body works hand sanitizer,
Burt's Bees Chap Stick,
Samsung Galaxy S9, with charger
earphones,
Blue Sky Agenda from target,
a water bottle,
purse with personal items inside.

Vikas Sompura Rudrappa
Laptop - HP Notebook 15" and accessories (charger, mouse) - Sliver color
Phone/mobile - Samsung S9+ and accessories (USB, earphone,.) - black color
Laptop bag - F gear - black color
Wallet - black

Dan Cardona
Acer Laptop
Personal pens
IPhone 6, charger and earphones
Aux power pack
2 pairs of glasses
Brief case with personal items
Leather Notebook
2 calculators
Sunglasses
Personal books
Stress balls
Family pictures
Restaurant Point manual
Flashlight
Watch charger
Personal calendar

Arya Sengupta
Back pack with personal items
IPhone 6

| Date | Num | Account | Split | Credit |
|---|---|---|---|---|
| **VYACHESLAV BORISOV** | | | | |
| 06/26/2017 | 10210 | Chase CK#6815 | Reimbursable Expenses | 1,829.00 |
| 07/18/2017 | 50009 | Chase CK#6815 | Payroll | 1,978.59 |
| 07/31/2017 | 50011 | Chase CK#6815 | Payroll | 1,978.59 |
| 08/07/2017 | 50013 | Chase CK#6815 | Payroll | 2,259.69 |
| 08/16/2017 | 10299 | Chase CK#6815 | Office Expense | 100.00 |
| 08/17/2017 | 10298 | Chase CK#6815 | Construction Materials Costs | 200.43 |
| 08/18/2017 | 10299 | Chase CK#6815 | loan repayment | 5,500.00 |
| 08/21/2017 | | Chase CK#6815 | Reimbursable Expenses | 400.00 |
| 08/21/2017 | | Chase CK#6815 | Reimbursable Expenses | 2,000.00 |
| 08/23/2017 | 50014 | Chase CK#6815 | Payroll | 2,952.81 |
| 09/11/2017 | | Chase CK#5938 | Reimbursable Expenses | 900.00 |
| 09/11/2017 | | Chase CK#5938 | Reimbursable Expenses | 1,000.00 |
| 09/19/2017 | 10192 | Chase CK#6815 | Reimbursable Expenses | 6,490.00 |
| 09/26/2017 | 10073 | Chase CK#6815 | Reimbursable Expenses | 90.49 |
| 09/29/2017 | 50019 | Chase CK#6815 | Payroll | 2,880.18 |
| 09/29/2017 | 2613 | Chase CK#6815 | Reimbursable Expenses | 3,146.48 |
| 09/29/2017 | 50018 | Chase CK#6815 | Payroll | 2,952.81 |
| 09/29/2017 | 50015 | Chase CK#6815 | Payroll | 2,880.16 |
| 10/11/2017 | 10147 | Chase CK#6815 | Reimbursable Expenses | 1,593.90 |
| 10/13/2017 | 50021 | Chase CK#6815 | Payroll | 2,880.16 |
| 11/02/2017 | 50023 | Chase CK#6815 | Payroll | 2,880.17 |
| 11/02/2017 | 10260 | Chase CK#6815 | Reimbursable Expenses | 2,617.52 |
| 11/06/2017 | 10263 | Chase CK#6815 | Payroll Advance | 23,000.00 |
| 11/10/2017 | 50025 | Chase CK#6815 | Payroll | 3,442.37 |
| 11/28/2017 | 10375 | Chase CK#6815 | Bonus | 25,000.00 |
| 11/30/2017 | 50026 | Chase CK#6815 | Payroll | 3,979.19 |
| 12/06/2017 | 10377 | Chase CK#6815 | Sales Commission Earned | 21,000.00 |
| 12/08/2017 | 50027 | Chase CK#6815 | Payroll | 6,535.59 |
| 12/14/2017 | 10421 | Chase CK#6815 | Reimbursable Expenses | 657.80 |
| 12/22/2017 | 50028 | Chase CK#6815 | Payroll | 3,979.21 |
| 01/05/2018 | 50029 | Chase CK#6815 | Payroll | 6,532.12 |
| 01/19/2018 | 50030 | Chase CK#6815 | Payroll | 3,977.73 |
| 02/02/2018 | | Chase CK#6815 | Payroll | 4,278.04 |
| 02/16/2018 | | Chase CK#6815 | Payroll | 4,278.04 |
| 03/02/2018 | | Chase CK#6815 | Payroll | 4,952.05 |
| 05/23/2018 | 1045 | Open Bank CK#6463 | Payroll | 3,416.68 |
| 05/23/2018 | 1059 | Open Bank CK#6463 | Reimbursable Expenses | 2,111.47 |
| 05/23/2018 | 1060 | Open Bank CK#6463 | Reimbursable Expenses | 500.00 |
| 05/25/2018 | 5001 | Open Bank CK#6463 | Payroll | 4,952.05 |
| 06/11/2018 | 5019 | Open Bank CK#6463 | Payroll | 4,952.05 |
| 06/22/2018 | 5033 | Open Bank CK#6463 | Payroll | 4,952.05 |
| | | | **Total** | **182,007.4** |

| | Date | Account | | Split | | Credit |
|---|---|---|---|---|---|---|
| **DANIEL BORISOV** | | | | | | |
| | 02/24/2017 | Chase CK#6815 | | Payroll | | 1,272.63 |
| | 04/04/2017 | Chase CK#6815 | | Payroll | | 4,520.35 |
| | 06/29/2017 | Chase CK#6815 | | Payroll | | 1,816.92 |
| | 07/11/2017 | Chase CK#6815 | | Payroll | | 1,190.40 |
| | 07/12/2017 | Chase CK#6815 | | Expense for Vendor | | 5,000.00 |
| | 07/17/2017 | Chase CK#6815 | | Reimbursable Expenses | | 749.90 |
| | 07/24/2017 | Chase CK#6815 | | Payroll | | 1,804.03 |
| | 08/07/2017 | Chase CK#6815 | | Payroll | | 1,520.33 |
| | 08/11/2017 | Chase CK#6815 | | Reimbursable Expenses | | 300.00 |
| | 08/15/2017 | Chase CK#6815 | | Reimbursable Expenses | | 400.00 |
| | 08/17/2017 | Chase CK#6815 | | Reimbursable Expenses | | 125.00 |
| | 09/01/2017 | Chase CK#6815 | | Payroll | | 1,484.26 |
| | 09/11/2017 | Chase CK#5938 | | Reimbursable Expenses | | 100.00 |
| | 09/15/2017 | Chase CK#6815 | | Payroll | | 1,520.33 |
| | 09/28/2017 | Chase CK#5938 | | Reimbursable Expenses | | 200.00 |
| | 09/29/2017 | Chase CK#6815 | | Payroll | | 1,484.26 |
| | 10/09/2017 | Chase CK#6815 | | Reimbursable Expenses | | 500.00 |
| | 10/10/2017 | Chase CK#6815 | | Reimbursable Expenses | | 150.00 |
| | 10/11/2017 | Chase CK#6815 | | Reimbursable Expenses | | 1,575.00 |
| | 10/13/2017 | Chase CK#6815 | | Payroll | | 1,484.26 |
| | 10/27/2017 | Chase CK#6815 | | Payroll | | 1,484.27 |
| | 11/09/2017 | Chase CK#6815 | | Payroll | | 1,484.26 |
| | 11/21/2017 | Chase CK#6815 | | Reimbursable Expenses | | 700.00 |
| | 11/24/2017 | Chase CK#6815 | | Payroll | | 2,023.07 |
| | 12/06/2017 | Chase CK#6815 | | Payroll | | 9,000.00 |
| | 12/08/2017 | Chase CK#6815 | | Payroll | | 2,917.64 |
| | 12/22/2017 | Chase CK#6815 | | Payroll | | 1,688.46 |
| | 01/02/2018 | Chase CK#6815 | | Subcontractors Expense | | 2,050.00 |
| | 04/27/2018 | Commerce CK#3376 | | Subcontractors Expense | | 2,000.00 |
| | 04/30/2018 | Commerce CK#3376 | | Payroll | | 3,121.08 |
| | 05/01/2018 | Commerce CK#3376 | | Payroll | | 2,600.00 |
| | 05/29/2018 | Open Bank CK#6463 | | Payroll | | 2,303.14 |
| | 06/01/2018 | Open Bank CK#6463 | | Payroll | | 3,120.60 |
| | 06/14/2018 | Open Bank CK#6463 | | Payroll | | 3,120.60 |
| | 06/29/2018 | Open Bank CK#6463 | | Payroll | | 3,120.60 |
| | | | | **Total** | | **67,931.39** |

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re   DDC Group, Inc. | | Case No. | 2:18-bk-17029-BB |
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS - AMENDED

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniil Borisov | | | 30% |
| Vyascheslav Borisov | | | 70% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   July 16, 2018          Signature

Slava Borisov

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both
18 U.S.C. §§ 152 and 3571

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes 90388<br>15233 Ventura Blvd., Suite 250<br>Sherman Oaks, CA 91403<br>(818)783-6251 Fax: (818)783-6253<br>California State Bar Number: 90388 CA<br>jhayes@srhlawfirm.com | |

☑ *Attorney for:* DDC Group, Inc.

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>        DDC Group, Inc.<br><br>                                    Debtor(s),<br><br>                                    Plaintiff(s),<br><br><br><br><br>                                    Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    11<br><br><br>**CORPORATE OWNERSHIP STATEMENT**<br>**PURSUANT TO  FRBP 1007(a)(1)**<br>**and 7007.1, and LBR 1007-4**<br><br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    Slava Borisov    , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

[Check the appropriate boxes and, if applicable, provide the required information.]

1.    I have personal knowledge of the matters set forth in this Statement because:
- [x] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a.   [ ] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.    [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

July 16, 2018
_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:    Slava Borisov
_____
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                          **F 1007-4.CORP.OWNERSHIP.STMT**

DLab Drywall
8459 White Oak #105
Rancho Cucamonga, CA 91730


Mercedes Benz Financial Services
Downtown LA Motors, LP
1801 S. Figueroa Street
Los Angeles, CA 90015


Randin Plumbing
15131 Triton Lane, Suite 108
Huntington Beach, CA 92649


RDY Holdings LLC
1797 Atlantic Avenue
Brooklyn, NY 11233


Torrey Pines
Attn: Adam W. Djou
601 West 5th Street, Sutie 100
Los Angeles, CA 90071


UNIVOIP INC.
830 Parkview Drive North
El Segundo, CA 90245

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | DDC Group, Inc. | Case No. | 2:18-bk-17029-BB |
| | Debtor(s) | Chapter | 11 |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Daniil Borisov<br>350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071 | | | 30% |
| Vyascheslav Borisov<br>350 South Grand Ave., Suite 1670<br>Los Angeles, CA 90071 | | | 70% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    July 16, 2018                    Signature    _Slava Borisov_

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS

OF DDC GROUP, INC.

DATED: JUNE 15, 2018

Pursuant to §307(b) of the California Corporations Code and the
by-laws of the corporation, the undersigned, being all of the members
of the board of directors, and in lieu of a meeting, hereby
unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the
corporation needs to take advantage of the benefits of Chapter 11
of the Bankruptcy Code to reorganize the debt structure of the
corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file
a Voluntary Petition under Chapter 11 of the Bankruptcy Code and
attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, Vyacheslav Borisov, CEO, is hereby
authorized and instructed to take whatever actions he deems
appropriate to file the Chapter 11 petition and see the case to
complete reorganization.


_____
Vyacheslav Borisov, CEO


_____
Daniil Borisov, COO

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  DDC Group, Inc.

Debtor(s)

Case No.  2:18-bk-17029-BB

Chapter  11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 33,283.00 |
| Prior to the filing of this statement I have received | $ | 33,283.00 |
| Balance Due | $ | 0.00 |

2.  $ 1,717.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

☑ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

☑ Debtor     ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

07/16/2018

*Date*

M. Jonathan Hayes 90388
*Signature of Attorney*
Simon Resnik Hayes LLP
15233 Ventura Blvd., Suite 250
Sherman Oaks, CA 91403
(818)783-6251  Fax: (818)783-6253
jhayes@srhlawfirm.com
*Name of law firm*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **17609 Ventura Blvd., Suite 314, Encino, CA 91316.**

A true and correct copy of the foregoing document **SUMMARY OF ASSETS AND LIABILITIES; SCHEDULES A/B, C, D, E/F, G, H; DECLARATION FOR NON-INDIVIDUAL DEBTOR'S SCHEDULES; STATEMENT OF FINANCIAL AFFAIRS; DISCLOSURE OF ATTORNEY COMPENSATION; CORPORATE RESOLUTION AUTHORITY TO FILE; CORPORATE OWNERSHIP STATEMENT; AMENDED LIST OF EQUITY SECURITY HOLDERS; AMENDED CREDITOR MATRIX** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/16/2018** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

- **John T Bender**    john.bender@lewisbrisbois.com, silvia.webb@lewisbrisbois.com
- **Jagdeep Hansra**    jh@ej-law.com, hansralawecf@gmail.com
- **M. Jonathan Hayes**    jhayes@rhmfirm.com, 3039.3@notices.nextchapterbk.com;roksana@rhmfirm.com;rosario@rhmfirm.com;janita@rhmfirm.com;susie@rhmfirm.com;max@rhmfirm.com;priscilla@rhmfirm.com;pardis@rhmfirm.com;russ@rhmfirm.com;rebeca@rhmfirm.com;ma
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Monique D Jewett-Brewster**    mjb@hopkinscarley.com, vtorres@hopkinscarley.com
- **Kenneth G Lau**    kenneth.g.lau@usdoj.gov
- **J. Barrett Marum**    bmarum@sheppardmullin.com, egarcia@sheppardmullin.com
- **Lovee D Sarenas**    lovee.sarenas@lewisbrisbois.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Larry D Webb**    Webblaw@gmail.com, larry@webblaw.onmicrosoft.com;r51666@notify.bestcase.com

**II.  SERVED BY U.S. MAIL:** On **7/16/2018** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

**Hon. Sheri Bluebond**
**U.S. Bankruptcy Court**
**255 E. Temple Street, Suite 1534**
**Los Angeles, CA 90012**

**DDC Group, Inc.**
**350 South Grand Ave., Suite 1670**
**Los Angeles, CA 90071**

**RESNIK HAYES
MORADI LLP**

2

**III. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **7/16/2018** I served the following person(s) and/or entity(ies) by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/16/2018 | Ja'nita Fisher | /s/ Ja'nita Fisher |
|-----------|----------------|--------------------|
| *Date* | *Type Name* | *Signature* |

RESNIK HAYES
MORADI LLP

2