Howard I. Camhi (SBN 149194)
  hcamhi@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for Secured Creditor Strategic Partners, Inc.

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re<br><br>KOI DESIGN LLC<br><br>     Debtor. | Case No. 2:19-bk-10762-NB<br><br>Chapter 11<br><br>**STRATEGIC PARTNER, INC.'S OPPOSITION RESERVATION OF RIGHTS TO DEBTOR KOI DESIGN LLC'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL [DKT 4, 29]**<br><br>Date: March 5, 2019<br>Time: 1:00 p.m.<br>Court: 1545<br>255 E. Temple Street<br>Los Angeles, CA  90212 |

Secured Creditor Strategic Partners, Inc. (hereinafter, "SPI") hereby files it reservation of rights (the "Reservation") with respect to the Debtor's Notice of Emergency Motion and Emergency Motion for Authority to (A) Use Cash Collateral on an Interim Basis Pending a Final Hearing; (B) Grant Replacement Liens and Setting a Final Hearing [DKT No. 4] (the "Interim Motion") and the Interim Order Authorizing Debtor to Use Cash Collateral on An Interim Basis

16688.2:9506746.1
STRATEGIC PARTNER INC.'s RESERVATION OF RIGHTS

Pending a Final Hearing, Granting Replacement Liens and Setting a Final Hearing [DKT No. 29] (the "Interim Order") and in support thereof, respectfully submits as follows:

SPI is a secured creditor of the Debtor by virtue of certain judgment liens obtain prior to the date on which Debtor filed its Chapter 11 case. A hearing on the Interim Motion is currently scheduled for March 5, 2019 at 1:00 p.m. SPI's counsel has had conversations with Debtor's counsel regarding its efforts to secure Debtor in Possession financing as well as the ongoing operations of the Debtor absent the Debtor's ability to secure such financing.

SPI is informed and believes that Debtor and Wells Fargo Trade Capital Services, Inc., Debtor's purported senior secured creditor, have been in discussions and negotiations regarding the terms and requirements of Debtor in Possession financing.

In the event Wells Fargo and the Debtor fail to agree to proposed Debtor in Possession financing, SPI reserves all rights relating to the Interim Motion and Interim Order, including but not limited to, raising issues or objecting to the entry of a final order on the Interim Motion at or prior to the hearing, as well as to supplement this reservation of rights and to make such other or further comments or objections as may be appropriate.

DATED: February 19, 2019            Respectfully submitted,

ERVIN COHEN & JESSUP LLP


By:     /s/ HOWARD I. CAMHI
        Howard I. Camhi
        Attorneys for Secured Creditor Strategic Partners, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9401 Wilshire Boulevard, Ninth Floor, Beverly Hills, California 90212

A true and correct copy of the foregoing document entitled (*specify*): STRATEGIC PARTNER, INC.'S OPPOSITION RESERVATION OF RIGHTS TO DEBTOR KOI DESIGN LLC'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING THE USE OF CASH COLLATERAL [DKT 4, 29] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 19, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Tom Lallas tlallas@lsl-la.com; mhurwitz@lsl-la.com
Jessica L. Bagdanov jbagdanov@bglaw.com; ecf@bglaw.com
Alan Craig Hochheiser ahochheiser@mauricewutscher.com; arodriquez@mauricewutscher.com
Dare Law Dare.Law@usdoj.gov
Susan K. Seflin sseflin@bglaw.com
United States Trustee ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 19, 2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge Neil Bason [via messenger]
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1552
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 02 19 19 | Teresa M. Castelli | /s/Teresa M. Castelli |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

F 9013-3.1.PROOF.SERVICE