**Fill in this information to identify the case:**

Debtor name     Koi Design LLC

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)     2:19-bk-10762-NB

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $     0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $     10,183,225.99

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $     10,183,225.99

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     8,024,501.69

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     19,054.44

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     6,654,928.36

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b          $     14,698,484.49

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Koi Design LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td>2:19-bk-10762-NB</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:        Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | $4,966.02 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Wells Fargo Bank | General | 8359 | $1,963.54 |
| 3.2. | Wells Fargo Bank | Payroll - Zero Balance Account | 8367 | $0.00 |
| 3.3. | Wells Fargo Bank | Lockbox (deposits only) | 7241 | $583.70 |
| 3.4. | Comerica Bank | General Account (Business Banking) | 5813 | $138,297.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $145,810.26 |
|---|

**Part 2:        Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

| Debtor | Koi Design LLC | | Case number *(If known)* | 2:19-bk-10762-NB |
|---|---|---|---|---|
| | Name | | | |

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.**  **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.  Deposit with landlord Stanford/Nebraska Properties, Ltd. [Re lease for 1757 Stanford St., Santa Monica, CA 90404]                                              $78,452.00

7.2.  Deposit with Vendor Orient International Holding Shanghai Textiles Import & Export Co., Ltd.                                              $91,000.00

7.3.  Deposit with vendor Danken Enterprise                                              $7,156.62

**8.**  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.**  **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                              $176,608.62

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.**  **Accounts receivable**

11a. 90 days old or less:    2,903,374.98    -    87,299.80    = ....    $2,816,075.18
                                face amount              doubtful or uncollectible accounts

**12.**  **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                                              $2,816,075.18

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**  **Raw materials** | | | | |
| **20.**  **Work in progress** | | | | |

| Debtor | Koi Design LLC | Case number (If known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

**21.** **Finished goods, including goods held for resale**
Uniform apparel and
related accessories
Home accessories
Small leather good
accessories              October 13, 2018          $7,347,424.00     Liquidation                $6,500,000.00

---

**22.** **Other inventory or supplies**

**23.** **Total of Part 5.**

$6,500,000.00

Add lines 19 through 22.  Copy the total to line 84.

**24.** **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value                    Valuation method              Current Value

                                                        Marketing
                         0.00                          materials - no                              0.00
                                                        value

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
■ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** Approximately 40 desks, 10 tables, 80 chairs, 20 bookshelves, 20 file cabinets | $37,676.00 | Liquidation | $5,000.00 |
| **40.** **Office fixtures** Warehouse rack system, cabinets, countertops and leasehold improvements | $38,369.00 | Liquidation | $8,000.00 |
| **41.** **Office equipment, including all computer equipment and communication systems equipment and software** Computers, televisions, servers, telephones, software | $163,560.00 | Liquidation | $15,000.00 |

| Debtor | Koi Design LLC | Case number *(If known)* | 2:19-bk-10762-NB |
|--------|----------------|--------------------------|-------------------|
|        | Name           |                          |                   |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                $28,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Equipment Lease: Postage Meter and Scale [IN700 Series Mailing System, DWP, 30 lb scale; Satori Infuse Desktop with 50,000 data services credits] | $0.00 | | Unknown |
| Equipment Lease and Service and Supply Agreement for copiers: (1) Xerox 5955i-2; (2) Xerox 7 35i; (3); Xerox C70; (4) Xerox 4265 | $0.00 | | Unknown |
| Equipment Lease for forklifts:  (1) Used TCV FCG15 Forklift s/n A47A00464; (2) Used TCM FG15N18 Forklift s/n A16H03425; (3) Used Hyster B60Z Forklift s/n A230N01811X | $0.00 | | Unknown |
| 17 industrial sewing machines | $6,371.00 | Liquidation | $10,000.00 |

51. **Total of Part 8.**                                                                $10,000.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Koi Design LLC | | Case number *(If known)* | 2:19-bk-10762-NB |
|---|---|---|---|---|
| | Name | | | |

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Nonresidential real property located at 1757 Stanford Street, Santa Monica, CA (Includes Debtor's offices and warehouse) | Lease | $0.00 | | $0.00 |
| 55.2.  Residence leased by the Debtor from Kathy Peterson.  Address: 2577 South Bundy Dr., Los Angeles, CA 90064.<br>Used by Debtor for photo shoots and for overnight stays by Debtor's customers and employees. | Lease | $0.00 | | $0.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $0.00 |
|---|

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

Debtor    Koi Design LLC
           Name                                              Case number *(If known)*  2:19-bk-10762-NB

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Various copyrights and trademarks (including koi related trademarks). | $0.00 | N/A | $500,000.00 |
| 61. | **Internet domain names and websites** The Debtor has approximately 8 to 10 internet domain names and websites including koihappiness.com. | $0.00 | N/A | Unknown |
| 62. | **Licenses, franchises, and royalties** The Debtor is a licensee to multiple license agreements. | $0.00 | N/A | Unknown |
| 63. | **Customer lists, mailing lists, or other compilations** The Debtor has a customer list, a mailing list and a marketing list but not have a valuation of such lists. | $0.00 | N/A | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** Goodwill of Debtor's business. | $0.00 | N/A | Unknown |

66.  **Total of Part 10.**                                                                                  $500,000.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☑ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

                                                                    Current value of debtor's interest

71.    **Notes receivable**

| Debtor | Koi Design LLC | Case number *(If known)* | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

Description (include name of obligor)
$5,000 loan to employee Sergio Freyre
on 8/6/2010.  Current balance is
$4,450.00

| 4,450.00 | - | 0.00 | = |
|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | |

$4,450.00

---

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
The Debtor has two Fixed Premium Life Insurance Policies
on Kathy Peterson (one in the amount of $1 million and the
other in the amount of $3 million).
These are term policies and thus have no current value.

$0.00

---

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
Potential malpractice and related claims against prior
attorney, A. Douglas Mastroianni, Marron Lawyers, Bloom
Law Firm

| **Nature of claim** | Attorney malpractice |
|---|---|
| **Amount requested** | $0.00 |

Unknown

---

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Insurance claim against Allstate

| **Nature of claim** | Insurance claim |
|---|---|
| **Amount requested** | $1,000.00 |

$1,000.00

---

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership
Employee Expense Advances
$1,000 to Najung Lee on 12/3/2018
$281.93 to Sam Brooks on 1/24/2019

$1,281.93

---

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$6,731.93

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | Koi Design LLC | | Case number *(If known)* | 2:19-bk-10762-NB |
|---|---|---|---|---|
| | Name | | | |

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $145,810.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $176,608.62 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,816,075.18 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $6,500,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $28,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $6,731.93 | |
| 91. **Total.** Add lines 80 through 90 for each column | $10,183,225.99 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $10,183,225.99 |

**Fill in this information to identify the case:**

Debtor name   Koi Design LLC

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   2:19-bk-10762-NB

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A** Amount of claim. Do not deduct the value of collateral. | **Column B** Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Strategic Partners, Inc.
Creditor's Name

9800 De Soto Ave.
Chatsworth, CA 91311
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred   11/5/2018
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien
Judgment Lien
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Amount of claim: $5,295,859.28   Value of collateral: Unknown

**2.2** U.S. Bank Equipment Finance, Inc
Creditor's Name
1310 Madrid Street, Suite 101
Comstock, MN 56525-8700
Creditor's mailing address

efcustomersupport@usbank.com
Creditor's email address, if known

Date debt was incurred
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
Equipment Lease and Service and Supply Agreement for copiers: (1) Xerox 5955i-2; (2) Xerox 7 35i; (3); Xerox C70; (4) Xerox 4265

Describe the lien
Equipment lease
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: $8,456.39   Value of collateral: Unknown

| Debtor | Koi Design LLC | Case number (if know) | 2:19-bk-10762-NB |
| --- | --- | --- | --- |
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Wells Fargo Trade Capital | Describe debtor's property that is subject to a lien | $2,720,186.02 | Unknown |
| --- | --- | --- | --- | --- |

Creditor's Name

Services, Inc.
333 South Grand Ave., 12th Floor
Los Angeles, CA 90071

Creditor's mailing address

Christopher.L.Rogers@wellsfargo.com

Creditor's email address, if known

**Date debt was incurred**
Credit and Security Agreement Dated 1/23/13
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
Financing Statement

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $8,024,501.69 |
| --- | --- | --- |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| Daniel Fiorillo<br>Otterbourg<br>230 Park Ave.<br>New York, NY 10169 | Line _2.3_ | |
| Howard I. Camhi<br>9401 Wilshire Blvd., Ninth Floor<br>Beverly Hills, CA 90212 | Line _2.1_ | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name       Koi Design LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:19-bk-10762-NB

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>California State Bd of Equalization<br>Account Information Group, MIC: 29<br>P O Box 942879<br>Sacramento, CA 94279-0029 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>City of Santa Monica Operations Div<br>Business Revenue Operations Div<br>PO Box 2200<br>Santa Monica, CA 90407-2200 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $19,054.44 | $19,054.44 |
| | Date or dates debt was incurred<br><br>July 2018 to Present | Basis for the claim:<br>City gross receipts tax due in connection with city<br>business license.  Annual tax due in July 2019.<br>Amount listed is an estimate. | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

Department of Labor Industries
Collections
PO Box 44171
Olympia, WA 98504-4171

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

Employment Development
Department
Bankruptcy Group MIC 92E
PO Box 826880
Sacramento, CA 94280-0001

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

Franchise Tax Board
Bankruptcy Section, MS: A 340
PO Box 2952
Sacramento, CA 95812-2952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only.

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address

Los Angeles County Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
For notice purposes only

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.8**

Priority creditor's name and mailing address

Michigan Department of Treasury
Attn Litigation Liaison
2nd Floor, Austin Bldg
430 W Allegan St
Lansing, MI 48922

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
For notice purposes only

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.9**

Priority creditor's name and mailing address

Michigan Unemployment  Ins Agency
Dept #771760
PO Box 77000
Detroit, MI 48227-1760

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
For notice purposes only

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

**2.10**

Priority creditor's name and mailing address

Missouri Department of Revenue
Bankruptcy Unit
P O Box 475
301 W  High Street
Jefferson City, MO 65105-0475

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
For notice purposes only

Is the claim subject to offset?
■ No
☐ Yes

$0.00        $0.00

---

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | NC Dept of Commerce | *Check all that apply.* | | |
| | Division of Employment Security | ☐ Contingent | | |
| | PO Box 26504 | ☐ Unliquidated | | |
| | Durham, NC 27711-6504 | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | For notice purposes only |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | North Carolina Dept of Revenue | *Check all that apply.* | | |
| | Office Services Division | ☐ Contingent | | |
| | Attn: Bankruptcy Unit | ☐ Unliquidated | | |
| | PO Box 1168 | ☐ Disputed | | |
| | Raleigh, NC 27602-1168 | | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | For notice purposes only |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | Ofc of Unemployment Ins Operations | *Check all that apply.* | | |
| | Ohio Dept of Job  Family Services | ☐ Contingent | | |
| | Attn Program Services/Revenue Recov | ☐ Unliquidated | | |
| | PO Box 182404 | ☐ Disputed | | |
| | Columbus, OH 43218-2404 | | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | For notice purposes only |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| | Ohio Bureau of Workers' Compensatio | *Check all that apply.* | | |
| | Attn: Law Section Bankruptcy Unit | ☐ Contingent | | |
| | PO Box 15567 | ☐ Unliquidated | | |
| | Columbus, OH 43215-0567 | ☐ Disputed | | |

| | Date or dates debt was incurred | Basis for the claim: |
|---|---|---|
| | | For notice purposes only |

| | Last 4 digits of account number | Is the claim subject to offset? |
|---|---|---|
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No |
| | | ☐ Yes |

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|--------|----------------|------------------------|------------------|
| | Name | | |

---

**2.15**

Priority creditor's name and mailing address
Ohio Dept of Taxation
Attn: Bankruptcy Division
PO Box 530
Columbus, OH 43216-0530

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16**

Priority creditor's name and mailing address
Ohio Dept of Taxation c/o Atty Gen
Collection Enforcement Section
Attn Bankruptcy Staff
150 E  Gay St  , 21st Floor
Columbus, OH 43215

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17**

Priority creditor's name and mailing address
Oklahoma Employment Security
Claim
Legal Division
PO Box 53039
Oklahoma City, OK 73152-3039

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18**

Priority creditor's name and mailing address
Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

As of the petition filing date, the claim is:    $0.00    $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

U S Customs and Border Protection
1300 Pennsylvania Ave  NW
Washington, DC 20229

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
For notice purposes only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,720.00 |
|---|---|---|---|

7-Insider
Room B318, No. 458 Gexin Avenue
Dongxihu District
Wuhan 430040
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,599.98 |
|---|---|---|---|

Acorn Paper Products
P.O. Box 23965
Los Angeles, CA 90023-0965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Supplies

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

American Diagnostic Corporation
55 Commerce Dr
Hauppauge, NY 11788

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: For notice purposes only

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $177,695.91 |
|---|---|---|---|

Apropos
Ste 1510 Gangseo Hanwha Biz Metro
1st Bldg., 551-17, Yangcheonro
Gangseo-Gu, Seoul
KOREA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: Vendor

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Atlas Levy Sewing Machine Co
1733 S Los Angeles St
Los Angeles, CA 90015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: For notice purposes only

Is the claim subject to offset? ☑ No  ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Changshu Cosmo Leathergoods Co Ltd
Rm 508 5th Fl Block C Gangao City
No 263 Huanghe Rd
Changshu City
Jiangsu 21550 CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $57,315.11 |
|---|---|---|---|

CitiStaff Solutions Inc.
c/o Wells Fargo Business Credit
PO Box 845510
Los Angeles, CA 90084-5510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Staffing agency

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

COGS
1180 N Town Center Suite 100
Las Vegas, NV 89144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,500.00 |
|---|---|---|---|

Cohn Handler Sturm
11620 Wilshire Blvd.
Suite 875
Los Angeles, CA 90025

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Professional services

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,470.79 |
|---|---|---|---|

ColorGraphics
Cenveo Worldwide Ltd.
P.O.  Box 31001-1283
Pasadena, CA 91110-1283

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Printer

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Danken Enterprise
5F No 222 Sec 4 ChengDE Road
11167 Taipei
TAIWAN

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Don Thornburgh
466 Foothill Blvd , #220
La Canada Flintridge, CA 91011

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,463.71 |
|---|---|---|---|

**3.13** Nonpriority creditor's name and mailing address
Empire Cleaning Supply
7733 Telegraph Rd.
Montebello, CA 90640

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies 

Is the claim subject to offset? ■ No ☐ Yes

$1,463.71

---

**3.14** Nonpriority creditor's name and mailing address
Endless Ammo
5655 West Adams Blvd.
Los Angeles, CA 90016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Licensing Royalties 

Is the claim subject to offset? ■ No ☐ Yes

$973.00

---

**3.15** Nonpriority creditor's name and mailing address
Exenta, Inc.
8 West 38th St.
7th Floor
New York, NY 10018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Software license agreement 

Is the claim subject to offset? ■ No ☐ Yes

$7,663.30

---

**3.16** Nonpriority creditor's name and mailing address
First Choice Services
18840 Parthenia St.
Northridge, CA 91324

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Supplies 

Is the claim subject to offset? ■ No ☐ Yes

$1,560.15

---

**3.17** Nonpriority creditor's name and mailing address
Hollywood Model Management
953 Cole Ave.
Los Angeles, CA 90038

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Model  agency 

Is the claim subject to offset? ■ No ☐ Yes

$720.00

---

**3.18** Nonpriority creditor's name and mailing address
I-MAR
5150 Rancho Rd
Huntington Beach, CA 92647

**Date(s) debt was incurred**  Various Dates in 2018 

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor 

Is the claim subject to offset? ■ No ☐ Yes

$3,708,340.40

---

**3.19** Nonpriority creditor's name and mailing address
Inex Customs Broker
11222 La Cienega Blvd. #355
Inglewood, CA 90304

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Customs broker 

Is the claim subject to offset? ■ No ☐ Yes

$5,027.14

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

---

**3.20**

**Nonpriority creditor's name and mailing address**
Kathy Peterson
1757 Stanford St.
Santa Monica, CA 90404

**Date(s) debt was incurred** January 2019

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unsecured promissory note.  Insider claim.

Is the claim subject to offset? ■ No  ☐ Yes

$205,000.00

---

**3.21**

**Nonpriority creditor's name and mailing address**
Kathy Peterson
1757 Stanford St.
Santa Monica, CA 90404

**Date(s) debt was incurred** Multiple Dates from July to December 2018

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Unreimbursed expenses.  Insider claim.

Is the claim subject to offset? ■ No  ☐ Yes

$7,007.34

---

**3.22**

**Nonpriority creditor's name and mailing address**
Lithographix, Inc.
12250 S Crenshaw Blvd
Hawthorne, CA 90250

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.23**

**Nonpriority creditor's name and mailing address**
Lyneer Staffing Solutions
PO Box 75414
Chicago, IL 60675-5414

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Staffing agency

Is the claim subject to offset? ■ No  ☐ Yes

$53,164.71

---

**3.24**

**Nonpriority creditor's name and mailing address**
MailFinance
478 Wheelers Farms Road
Milford, CT 06461

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For notice purposes only

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.25**

**Nonpriority creditor's name and mailing address**
OTT Trading
#3 Huaxiazhichun, Room # 702
No 2, Dongting Mid Road
Wuxi, Jiangsu
CHINA

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

Is the claim subject to offset? ■ No  ☐ Yes

$63,734.02

---

**3.26**

**Nonpriority creditor's name and mailing address**
Rebecca Biggers
C/O Hilaire McGriff PC
601 S. Figuera St., Suite 4050
Los Angeles, CA 90017

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** For Notice Purposes Only.  Plaintiff in pre-petition litigation that settled in January 2018.

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Koi Design LLC | Case number *(if known)* | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $157,839.50 |
|---|---|---|---|

Shanghai Nex-T Inc., Ltd.
7F. Sheng Gao Internationa Bldg.
No. 137 Xianxia Rd.
Shanghai 20051
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

SoCal Office Technologies
5700 Warland Drive
Cypress, CA 90630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $72,310.45 |
|---|---|---|---|

Stanford/Nebraska Properites, Ltd.
c/o Westport Realty, Inc.
433 N. Camden Drive, Suite 820
Beverly Hills, CA 90210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Landlord

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Studio Effects
1825 G West 169th St
Gardena, CA 90247

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

Sullivan Curtis Monroe
Attn Accounting
1920 Main St Suite 600
Irvine, CA 92614

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** For notice purposes only

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,147.59 |
|---|---|---|---|

tokidoki LLC
5655 West Adams Blvd.
Los Angeles, CA 90016

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Licensing Royalties

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $210.41 |
|---|---|---|---|

Tracy Combs
614 South Crest Dr.
Kelowna BC V1W4Y6
CANADA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Sales representative

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Koi Design LLC | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $987.07 |
|---|---|---|---|

ULine
PO Box 88741
Chicago, IL 60680-8107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Supplies

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,011,687.78 |
|---|---|---|---|

Weihai Hishi Textile Imp & Exp Co
No. 79 Shichang St.
Weihai
CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Vendor

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

Wells Fargo Bank, N.A.
Wells Fargo Equipment Finance
Manufacturer Services Group
300 Tri-State International Ste 400
Lincolnshire, IL 60069-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred**  For Notice Purposes Only

**Last 4 digits of account number** _

**Basis for the claim:**  Equipment Lease for forklifts:  (1) Used TCV FCG15
Forklift s/n A47A00464; (2) Used TCM FG15N18 Forklift s/n A16H03425;
(3) Used Hyster B60Z Forklift s/n A230N01811X

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $15,350.00 |
|---|---|---|---|

Widen Enterprises, Inc.
PO Box 8801
Carol Stream, IL 60197-8801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Digital services

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,440.00 |
|---|---|---|---|

Wilhelmina International, Inc.
P.O. Box 650002
Dept. 8107
Dallas, TX 75265-8107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  Model agency

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 19,054.44 |
| 5b. Total claims from Part 2 | 5b. + | $ 6,654,928.36 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,673,982.80 |

**Fill in this information to identify the case:**

Debtor name _____ Koi Design LLC _____

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:19-bk-10762-NB _____

☐ Check if this is an
   amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Directors and Officers Liability Insurance, Employment Practices Liability Insurance and Fiduciary Liability Insurance | |
| | State the term remaining | January 1, 2020 | Allied World Assurance Company |
| | List the contract number of any government contract | | 225 Franklin St. Boston, MA 02110 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Umbrella liability insurance policy. | |
| | State the term remaining | December 1, 2019 | American Fire & Casualty Company C/O SullivanCurtisMonroe Insurance |
| | List the contract number of any government contract | | 550 South Hope St., Suite 1000 Los Angeles, CA 90071 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | BCRF Cause Marketing Agreement | |
| | State the term remaining | December 31, 2020 | Breast Cancer Research Foundation |
| | List the contract number of any government contract | | 28 West 44th St., Suite 609 New York, NY 10036 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement.  Contract can be terminated with 14 days notice by either party. | |
| | State the term remaining | N/A | Brian Milmoe |
| | List the contract number of any government contract | | 511 Richmond Street Orlando, FL 32806 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor 1    Koi Design LLC

First Name            Middle Name            Last Name

Case number (*if known*)    2:19-bk-10762-NB

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement.  Contract can be terminated with 14 days notice by either party. | |
|---|---|---|---|
| | State the term remaining | N/A | Cameron Gilham
6041 Gateway Blvd.
Edmonton, AB TGH 0H3
CANADA |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement.  Contract can be terminated with 14 days notice by either party. | |
|---|---|---|---|
| | State the term remaining | N/A | Christopher Donahue Cped LLC
6541 Zinnia Street
Arvada, CO 80004 |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Staffing agreement.  Renews automatically every year.  Agreement may be terminated by either party with 30 days written notice. | |
|---|---|---|---|
| | State the term remaining | May 2019 | Citistaff Solutions, Inc.
1111 Town & Country Rd. #27
Orange, CA 92868 |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Merchant credit card agreement | |
|---|---|---|---|
| | State the term remaining | | Comerica Bank
C/O Diana Herman
250 Lytton Ave., 2nd Floor
Palo Alto, CA 94301 |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Software License Agreement.  Automatically renews annually unless 30 day notice given to terminate. | |
|---|---|---|---|
| | State the term remaining | December 31, 2019 | Exenta (fka Simparel)
8 West 38th St., 7th Floor
New York, NY 10018 |
| | List the contract number of any government contract | | |

Debtor 1    Koi Design LLC

| First Name | Middle Name | Last Name | Case number (*if known*) | 2:19-bk-10762-NB |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Cyber, Data Risk and Media Insurance Policy | |
|---|---|---|---|
| | State the term remaining | Expires 4/6/2019 | Hiscox Cyber Clear |
| | List the contract number of any government contract | | 520 Madison Ave., 32nd Floor<br>New York, NY 10022 |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement. Contract can be terminated with 14 days notice by either party. | |
|---|---|---|---|
| | State the term remaining | N/A | Holly Nunnemaker |
| | List the contract number of any government contract | | 31737 Fern Road<br>Philomath, OR 97370 |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement. Contract can be terminated with 14 days notice by either party. | |
|---|---|---|---|
| | State the term remaining | N/A | Kate Anderson |
| | List the contract number of any government contract | | 1535 Chatfield Court<br>Roselle, IL 60172 |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Staffing agreement. Can be terminated with 30 days written notice by either party. | |
|---|---|---|---|
| | State the term remaining | N/A | Lyneer Staffing Solutions |
| | List the contract number of any government contract | | PO Box 75414<br>Chicago, IL 60675-5414 |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease, IN700 Series Mailing System, DWP, 3 lb scale; Satori Infuse Desktop with 50,000 data services credits | |
|---|---|---|---|
| | State the term remaining | 14 months | MailFinance Inc. |
| | List the contract number of any government contract | | 478 Wheelers Farms Road<br>Milford, CT 06461 |

| Debtor 1 | Koi Design LLC | | | Case number (if known) | 2:19-bk-10762-NB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest: Sales representative agreement. Contract can be terminated with 14 days notice by either party.
State the term remaining: N/A
List the contract number of any government contract:

N.A.J. Group, s.r.o.
Sadova 601/7
02001 Puchov
Slovak Republic

**2.16.** State what the contract or lease is for and the nature of the debtor's interest: Automobile Liability Insurance Policy
State the term remaining: December 1, 2019
List the contract number of any government contract:

Ohio Security Insurance Company
C/O SullivanCurtisMonroe Insurance
550 South Hope St., Suite 1000
Los Angeles, CA 90071

**2.17.** State what the contract or lease is for and the nature of the debtor's interest: Sales representative agreement. Contract can be terminated with 14 days notice by either party.
State the term remaining: N/A
List the contract number of any government contract:

Rondi Bolliger
8180 Manitoba St. #132
Playa Del Rey, CA 90293

**2.18.** State what the contract or lease is for and the nature of the debtor's interest: Non-residential real property lease for 1757 Stanford Street, Santa Monica, CA
State the term remaining: 27 months
List the contract number of any government contract:

Stanford/Nebraska Properites, Ltd.
c/o Westport Realty, Inc.
433 N. Camden Drive, Suite 820
Beverly Hills, CA 90210

**2.19.** State what the contract or lease is for and the nature of the debtor's interest: License agreement.
State the term remaining: May 2020
List the contract number of any government contract:

Steven Madden, Ltd.
52-16 Barnett Avenue
Long Island City, NY 11104

**2.20.** State what the contract or lease is for and the nature of the debtor's interest: Commercial General Liability Insurance Agreement.
State the term remaining: 12/1/2019

The Ohio Casualty Insurance Company
C/O SullivanCurtisMonroe Ins Servic
550 South Hope St., Suite 1000
Los Angeles, CA 90071

Debtor 1    Koi Design LLC
    First Name          Middle Name          Last Name          Case number *(if known)*    2:19-bk-10762-NB

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| | | |
|---|---|---|
| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | Sales representative agreement.  Contract can be terminated with 14 days notice by either party. | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Thomas Molusis<br>81 Wheeler Road<br>Avon, CT 06001 |

| | | |
|---|---|---|
| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease, Xerox copiers (4) | |
| | State the term remaining | 21 months | |
| | List the contract number of any government contract | | US Bank Equipment Finance<br>1310 Madrid Street, Suite 101<br>Marshall, MN 56258 |

| | | |
|---|---|---|
| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | Equipment lease, 3 forklifts | |
| | State the term remaining | Month-to-Month | |
| | List the contract number of any government contract | | Wells Fargo Equipment Finance<br>Manufacturer Services Group<br>P.O. Box 7777<br>San Francisco, CA 94120-7777 |

| | | |
|---|---|---|
| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | Credit and Security Agreement (and related documents) for $10 million line of credit. | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Wells Fargo Trade Capital<br>C/O Daniel Fiorillo<br>Otterbourg P.C.<br>230 Park Ave<br>New York, NY 10169 |

| | | |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Master Service Agreement dated September 20, 2014. Month to month. Requires 30 day notice to terminate. | |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | Widen Enterprises, Inc.<br>6911 Mangrove Lane<br>Madison, WI 53713 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor 1 | Koi Design LLC | | | Case number *(if known)* | 2:19-bk-10762-NB |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**Fill in this information to identify the case:**

Debtor name        Koi Design LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:19-bk-10762-NB

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
    creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
    on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  Kathy Peterson | 1757 Stanford St.<br>Santa Monica, CA 90404<br>Personal Guaranty | Wells Fargo Trade Capital | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Fill in this information to identify the case: |
| --- |

Debtor name    Koi Design LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:19-bk-10762-NB

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other | $1,600,383.00 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other | $26,233,628.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other  Gross receipts/sales | $26,225,187.00 |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | Licensing royalties from koi by Sanita footwear license | $28,848.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | Licensing Royalties from koi by Sanita footwear license | $55,615.00 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Koi Design LLC | | Case number *(if known)* | 2:19-bk-10762-NB |
|--------|----------------|---|------|------|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    See Attachment 3. Payments to Creditors | | $0.00 | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    See Attachment 4. Insider Payments | | $0.00 | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and<br>address | Status of case |
|---|---|---|---|

Debtor    Koi Design LLC    Case number *(if known)*    2:19-bk-10762-NB

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  Strategic Partners, Inc. v. Koi Designs LLC<br>2:17-cv-00236-TJH | Trademark infringement; unfair business practices; intentional and negligent interference with prospective economic advantage.  On appeal to Ninth Circuit, Case No. 18-55798 (consolidated with Ninth Circuit Case No. 18-56478). | U.S. District Court<br>Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 | ☐ Pending<br>■ On appeal<br>☐ Concluded |
| 7.2.  Rebecca Biggers<br>BC667478 | Civil employment action | Superior Court of California - LA County<br>111 N. Hill St.<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  A Window Between Worlds<br>710 4th Ave., #5<br>Venice, CA 90291 | Cash Donations | 9/30/2017 ($18,607);<br>9/20/2018 ($21,072);<br>12/31/2018 ($128) | $39,807.00 |
| Recipients relationship to debtor | | | |
| 9.2.  Roca, Inc.<br>101 Park Street<br>Chelsea, MA 02150 | Cash Donation | 4/30/2017 | $2,500.00 |
| Recipients relationship to debtor | | | |

Debtor    Koi Design LLC    Case number *(if known)*    2:19-bk-10762-NB

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.3. | Anansa Thompson<br>1185 Mouth Rushmore Way<br>Lexington, KY 40515 | Nursing Scholarship in the amount of $5,000. | 8/3/2017 | $5,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.4. | Breast Cancer Research Foundation<br>28 West 44th St., Suite 609<br>New York, NY 10036 | Cash donation pursuant to marketing agreement | Multiple dates from March 2017 to Sept 2018. | $18,538.00 |
| | **Recipients relationship to debtor**<br>Parties to a marketing agreement (listed on Schedule G) | | | |
| 9.5. | Breast Cancer Awareness CumberlandValley<br>322 E. Antietam St., Suite 101<br>Hagerstown, MD 21740 | Cash donations | 10/31/2017;<br>10/31/2018 | $1,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.6. | Reece Tatarka<br>835 Sandy Lane, Unit 18<br>Warwick, RI 02889 | Nursing Scholarship in the amount of $5,000. | 9/21/2018 | $5,000.00 |
| | **Recipients relationship to debtor** | | | |
| 9.7. | Matthew 25 Ministries<br>11060 Kenwood Road<br>Cincinnati, OH 45242 | 5 pallets of damaged inventory | 10/23/2017 | $10,000.00 |
| | **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| A car crashed into the Debtor's office/warehouse and caused damage. | The Debtor submitted a $3,317 claim to the insurance company.  The Debtor has been paid $2,317 so far and is expecting repayment from the driver's insurer for the $1,000 deductible. | July 29, 2019 | $1,000.00 |

| Debtor | Koi Design LLC | Case number *(if known)* | 2:19-bk-10762-NB |
| --- | --- | --- | --- |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | | | 12/24/18 $50,000 payment was made 1/24/19 $205,000 payment was made | |
| | Brutzkus Gubner 21650 Oxnard Street, Suite 500 Woodland Hills, CA 91367 | | | $255,000.00 |
| | **Email or website address** sseflin@bg.law | | | |
| | **Who made the payment, if not debtor?** 1/24/19 payment was funded by Kathy Peterson pursuant to a loan to the Debtor | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | Koi Design LLC | Case number *(if known)* | 2:19-bk-10762-NB |
|---|---|---|---|

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.

   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| KOI Design LLC 401(k) Profit Sharing Plan and Trust | EIN:  E 15361-0942-16035470 |

   Has the plan been terminated?

   ☑ No

   ☐ Yes

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor    Koi Design LLC

Case number *(if known)*    2:19-bk-10762-NB

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Stewart Warehouse<br>1707 Stewart St.<br>Santa Monica, CA 90404 | The Debtor's employees | The Debtor rented a second warehouse until April 30, 2018. Until the Debtor terminated its lease, it store inventory at this warehouse.  The remaining inventory was moved to the Debtor's headquarters and main warehouse at 1757 Stanford St. | ■ No<br>☐ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Multiple Customers | | The Debtor has 29 customers that collectively have $8,286 in merchandise credit balances | $0.00 |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Koi Design LLC | Case number *(if known)* | 2:19-bk-10762-NB |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Jeremy Husk 1757 Stanford St. Santa Monica, CA 90404 | 2008 to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Cohn Handler Sturm 11620 Wilshire Blvd. Suite 875 Los Angeles, CA 90025 | 2009 to Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Jeremy Husk 1757 Stanford St. Santa Monica, CA 90404 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | SullivanCurtisMonroe Insurance Services 550 South Hope Street, Suite 1000 Los Angeles, CA 90071 |
| 26d.2. | Wells Fargo Trade Capital Svcs Inc. 333 South Grand Ave., 12th Floor Los Angeles, CA 90071 |
| 26d.3. | Merchant Financial Group 800 South Figueroa St. Los Angeles, CA 90017 |

| Debtor | Koi Design LLC | Case number *(if known)* | 2:19-bk-10762-NB |
|---|---|---|---|

| **Name and address** |
|---|
| 26d.4. | ExWorks Capital LLC<br>28202 Cabot Road, Suite 300<br>Laguna Niguel, CA 92677 |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | Jeremy Husk | October 11-13, 2018 | $5,881,818.21 at cost (Full Physical Count) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Jeremy Husk<br>1757 Stanford St.<br>Santa Monica, CA 90404 | | |
| 27.2. | Jeremy Husk | October 19-21, 2017 | $9,559,853.21 at cost (Full Physical Count) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Jeremy Husk<br>1757 Stanford St.<br>Santa Monica, CA 90404 | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathy Peterson | 1757 Stanford St.<br>Santa Monica, CA 90404 | Debtor's Sole Shareholder, Managing Member and President | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremy Husk | 1757 Stanford St.<br>Santa Monica, CA 90404 | Chief Financial Officer and Executive Vice President of Operations | 0 |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Debtor    Koi Design LLC                                                    Case number (if known)    2:19-bk-10762-NB

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Kathy Peterson<br>1757 Stanford St.<br>Santa Monica, CA 90404 | See Attachment 4 | | See Attachment 4 |
| **Relationship to debtor**<br>President and 100% shareholder | | | |
| 30.2. Jeremy Husk | See Attachment 4 | | |
| **Relationship to debtor**<br>CFO and Executive VP of Operations | | | |
| 30.3. Bryan Takamoto | See Attachment 4 | | |
| **Relationship to debtor**<br>Brother of Kathy Peterson (President and Sole Shareholder) | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☒ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Koi Design LLC 401(k) Profit Sharing Plan and Trust | **EIN:**    20-5766855 |

Debtor    Koi Design LLC                                    Case number (if known)   2:19-bk-10762-NB

---

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     February 22, 2019

_____          Jeremy Husk
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Chief Financial Officer

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☐ No
■ Yes

Attachment 3 of SOFA - Payments to Creditors

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment or transfer |
|---|---|---|---|---|
| Am Trust North America | 11/13/18 | 4,156.00 | | Insurance |
| Am Trust North America | 12/10/18 | 4,156.00 | | Insurance |
| Am Trust North America | 01/10/19 | 4,156.00 | 12,468.00 | Insurance |
| American Diagnostic Corporation | 11/02/18 | 13,012.14 | 13,012.14 | Suppliers or Vendors |
| American Express | 11/26/18 | 72,794.79 | | Credit Card |
| American Express | 12/21/18 | 32,879.29 | | Credit Card |
| American Express | 01/24/19 | 145,748.96 | | Credit Card |
| American Express | 01/24/19 | 1,475.16 | 252,898.20 | Credit Card |
| Blake Anderson | 10/31/18 | 2,224.24 | | Expense Reimbursement |
| Blake Anderson | 11/14/18 | 2,501.96 | | Expense Reimbursement |
| Blake Anderson | 11/29/18 | 1,977.13 | | Expense Reimbursement |
| Blake Anderson | 12/13/18 | 1,687.44 | | Expense Reimbursement |
| Blake Anderson | 01/04/19 | 2,072.25 | | Expense Reimbursement |
| Blake Anderson | 01/16/19 | 1,610.99 | | Expense Reimbursement |
| Blake Anderson | 01/24/19 | 2,013.54 | 14,087.55 | Expense Reimbursement |
| Brian Milmoe | 11/14/18 | 5,118.50 | | Commission |
| Brian Milmoe | 12/13/18 | 5,229.46 | | Commission |
| Brian Milmoe | 01/14/19 | 3,169.17 | 13,517.13 | Commission |
| Brutzkus Gubner | 12/24/18 | 50,000.00 | | Attorneys Fees |
| Brutzkus Gubner | 01/24/19 | 100,000.00 | | Attorneys Fees |
| Brutzkus Gubner | 01/24/19 | 105,000.00 | 255,000.00 | Attorneys Fees |
| C. Anderson & Associates, Ltd. | 11/14/18 | 5,775.82 | | Commission |
| C. Anderson & Associates, Ltd. | 12/13/18 | 7,109.19 | | Commission |
| C. Anderson & Associates, Ltd. | 01/14/19 | 3,960.22 | 16,845.23 | Commission |
| Cal Choice | 11/02/18 | 27,638.79 | | Insurance |
| Cal Choice | 11/30/18 | 30,559.22 | | Insurance |
| Cal Choice | 01/11/19 | 29,048.37 | 87,246.38 | Insurance |
| Cameron Gilham | 11/15/18 | 4,415.44 | | Commission |
| Cameron Gilham | 12/14/18 | 7,015.52 | | Commission |
| Cameron Gilham | 01/16/19 | 2,207.32 | 13,638.28 | Commission |
| Changshu Cosmo Leathergoods Co., Ltd. | 10/29/18 | 2,710.00 | | Suppliers or Vendors |
| Changshu Cosmo Leathergoods Co., Ltd. | 12/05/18 | 59,445.65 | 62,155.65 | Suppliers or Vendors |
| Chris Donahue | 11/14/18 | 3,713.05 | | Commission |
| Chris Donahue | 12/13/18 | 4,486.76 | | Commission |
| Chris Donahue | 01/14/19 | 1,576.20 | 9,776.01 | Commission |
| Danken Enterprise | 11/01/18 | 21,658.66 | 21,658.66 | Suppliers or Vendors |
| Holly Nunnemaker | 11/14/18 | 8,478.80 | | Commission |
| Holly Nunnemaker | 12/13/18 | 6,127.71 | | Commission |
| Holly Nunnemaker | 01/14/19 | 4,772.44 | 19,378.95 | Commission |
| Liberty Mutual Insurance | 12/31/18 | 7,755.60 | 7,755.60 | Insurance |
| Merchant Credit Card Fees | 11/05/18 | 12,871.02 | | Merchant Credit Card Fees |
| Merchant Credit Card Fees | 11/09/18 | 5,569.86 | | Merchant Credit Card Fees |

**Attachment 3 of SOFA - Payments to Creditors**

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment or transfer |
|---|---|---|---|---|
| Merchant Credit Card Fees | 12/03/18 | 12,126.34 | | Merchant Credit Card Fees |
| Merchant Credit Card Fees | 12/11/18 | 5,213.09 | | Merchant Credit Card Fees |
| Merchant Credit Card Fees | 01/03/19 | 13,848.32 | | Merchant Credit Card Fees |
| Merchant Credit Card Fees | 01/09/19 | 4,719.60 | 54,348.23 | Merchant Credit Card Fees |
| MetLife | 10/26/18 | 3,423.35 | | Insurance |
| MetLife | 11/30/18 | 3,586.35 | | Insurance |
| MetLife | 01/24/19 | 3,633.84 | 10,643.54 | Insurance |
| Michael Zakely | 10/31/18 | 2,007.69 | | Expense Reimbursement |
| Michael Zakely | 11/14/18 | 1,453.65 | | Expense Reimbursement |
| Michael Zakely | 11/29/18 | 935.33 | | Expense Reimbursement |
| Michael Zakely | 12/13/18 | 1,027.62 | | Expense Reimbursement |
| Michael Zakely | 01/04/19 | 691.24 | | Expense Reimbursement |
| Michael Zakely | 01/16/19 | 765.60 | | Expense Reimbursement |
| Michael Zakely | 01/24/19 | 682.89 | 7,564.02 | Expense Reimbursement |
| Acorn Paper Products | 11/02/18 | 2,895.01 | | Suppliers or Vendors |
| Acorn Paper Products | 11/30/18 | 3,813.56 | 6,708.57 | Suppliers or Vendors |
| CitiStaff | 10/26/18 | 13,753.67 | | Temporary Staffing |
| CitiStaff | 11/02/18 | 9,706.91 | | Temporary Staffing |
| CitiStaff | 11/09/18 | 9,349.13 | | Temporary Staffing |
| CitiStaff | 11/15/18 | 9,368.50 | | Temporary Staffing |
| CitiStaff | 11/21/18 | 9,505.68 | | Temporary Staffing |
| CitiStaff | 11/30/18 | 10,395.81 | | Temporary Staffing |
| CitiStaff | 12/07/18 | 8,877.78 | | Temporary Staffing |
| CitiStaff | 12/14/18 | 11,049.94 | | Temporary Staffing |
| CitiStaff | 12/28/18 | 7,737.97 | | Temporary Staffing |
| CitiStaff | 01/11/19 | 10,814.67 | 100,560.06 | Temporary Staffing |
| Cohn Handler Sturm | 11/30/18 | 4,950.00 | | Accounting |
| Cohn Handler Sturm | 12/28/18 | 1,725.00 | 6,675.00 | Accounting |
| I-MAR | 11/01/18 | 200,000.00 | | Suppliers or Vendors |
| I-MAR | 11/06/18 | 200,000.00 | | Suppliers or Vendors |
| I-MAR | 11/13/18 | 200,000.00 | | Suppliers or Vendors |
| I-MAR | 11/20/18 | 220,000.00 | | Suppliers or Vendors |
| I-MAR | 11/27/18 | 200,000.00 | | Suppliers or Vendors |
| I-MAR | 12/04/18 | 200,000.00 | 1,220,000.00 | Suppliers or Vendors |
| Inex Customs Broker | 10/26/18 | 3,407.18 | | Suppliers or Vendors |
| Inex Customs Broker | 11/09/18 | 2,194.40 | | Suppliers or Vendors |
| Inex Customs Broker | 11/21/18 | 4,373.06 | | Suppliers or Vendors |
| Inex Customs Broker | 11/30/18 | 120.00 | | Suppliers or Vendors |
| Inex Customs Broker | 12/07/18 | 821.10 | 10,915.74 | Suppliers or Vendors |
| Lyneer Staffing Solutions | 11/02/18 | 16,395.55 | | Temporary Staffing |
| Lyneer Staffing Solutions | 11/09/18 | 9,826.79 | | Temporary Staffing |
| Lyneer Staffing Solutions | 11/15/18 | 7,476.43 | | Temporary Staffing |

**Attachment 3 of SOFA - Payments to Creditors**

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment or transfer |
|---|---|---|---|---|
| Lyneer Staffing Solutions | 11/21/18 | 10,488.93 | | Temporary Staffing |
| Lyneer Staffing Solutions | 11/30/18 | 18,096.97 | | Temporary Staffing |
| Lyneer Staffing Solutions | 12/07/18 | 12,352.55 | | Temporary Staffing |
| Lyneer Staffing Solutions | 12/14/18 | 9,702.78 | | Temporary Staffing |
| Lyneer Staffing Solutions | 12/28/18 | 7,338.30 | | Temporary Staffing |
| Lyneer Staffing Solutions | 01/11/19 | 6,496.38 | 98,174.68 | Temporary Staffing |
| OTT Trading | 11/13/18 | 15,582.20 | 15,582.20 | Suppliers or Vendors |
| Shanghai Nex-T Inc., Ltd. | 11/13/18 | 100,000.00 | | Suppliers or Vendors |
| Shanghai Nex-T Inc., Ltd. | 11/15/18 | 80,000.00 | | Suppliers or Vendors |
| Shanghai Nex-T Inc., Ltd. | 11/20/18 | 60,000.00 | | Suppliers or Vendors |
| Shanghai Nex-T Inc., Ltd. | 11/27/18 | 101,990.37 | | Suppliers or Vendors |
| Shanghai Nex-T Inc., Ltd. | 12/05/18 | 78,310.34 | 420,300.71 | Suppliers or Vendors |
| Stanford/Nebraska Properties, Ltd. | 11/06/18 | 93,401.00 | | Rent |
| Stanford/Nebraska Properties, Ltd. | 12/07/18 | 93,401.00 | 186,802.00 | Rent |
| U.S. Bancorp Equipment Finance, Inc. | 10/26/18 | 4,504.67 | | Equipment Lease |
| U.S. Bancorp Equipment Finance, Inc. | 11/15/18 | 4,766.33 | 9,271.00 | Equipment Lease |
| Weihai Hishi Textile Imp & Exp Co Ltd. | 11/06/18 | 75,000.00 | | Suppliers or Vendors |
| Weihai Hishi Textile Imp & Exp Co Ltd. | 11/09/18 | 50,000.00 | | Suppliers or Vendors |
| Weihai Hishi Textile Imp & Exp Co Ltd. | 11/14/18 | 50,000.00 | | Suppliers or Vendors |
| Weihai Hishi Textile Imp & Exp Co Ltd. | 11/30/18 | 75,000.00 | 250,000.00 | Suppliers or Vendors |
| Rondi Bolliger | 11/14/18 | 29,384.72 | | Commission |
| Rondi Bolliger | 12/13/18 | 21,698.22 | | Commission |
| Rondi Bolliger | 01/14/19 | 22,410.83 | | Commission |
| Rondi Bolliger | 01/24/19 | 832.61 | 74,326.38 | Commission |
| State Board of Equalization | 10/30/18 | 13,457.00 | | Sales & Use Tax |
| State Board of Equalization | 11/20/18 | 300.00 | | Sales & Use Tax |
| State Board of Equalization | 12/21/18 | 300.00 | | Sales & Use Tax |
| State Board of Equalization | 01/24/19 | 822.00 | 14,879.00 | Sales & Use Tax |
| Susan Fields | 11/09/18 | 4,807.69 | | Consultant |
| Susan Fields | 11/20/18 | 4,807.69 | | Consultant |
| Susan Fields | 12/04/18 | 4,807.69 | | Consultant |
| Susan Fields | 12/20/18 | 4,807.69 | | Consultant |
| Susan Fields | 01/03/19 | 4,807.69 | | Consultant |
| Susan Fields | 01/16/19 | 4,807.69 | 28,846.14 | Consultant |
| Thomas A. Molusis | 11/14/18 | 6,634.43 | | Commission |
| Thomas A. Molusis | 11/14/18 | 1,000.00 | | Commission |
| Thomas A. Molusis | 12/13/18 | 7,412.38 | | Commission |
| Thomas A. Molusis | 01/14/19 | 5,481.45 | | Commission |
| Thomas A. Molusis | 01/14/19 | 1,000.00 | 21,528.26 | Commission |
| tokidoki | 11/30/18 | 9,656.27 | 9,656.27 | Royalties |
| U.S. Customs and Border Protection | 11/01/18 | 44,197.56 | | Customs Fees |
| U.S. Customs and Border Protection | 11/07/18 | 16,283.93 | | Customs Fees |

**Attachment 3 of SOFA - Payments to Creditors**

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment or transfer |
|---|---|---|---|---|
| U.S. Customs and Border Protection | 11/23/18 | 19,848.00 | | Customs Fees |
| U.S. Customs and Border Protection | 11/29/18 | 1,831.78 | | Customs Fees |
| U.S. Customs and Border Protection | 12/12/18 | 1,370.71 | | Customs Fees |
| U.S. Customs and Border Protection | 01/10/19 | 34,525.11 | | Customs Fees |
| U.S. Customs and Border Protection | 01/15/19 | 1,747.14 | 119,804.23 | Customs Fees |
| UPS | 10/26/18 | 822.21 | | Shipping |
| UPS | 11/02/18 | 2,130.70 | | Shipping |
| UPS | 11/09/18 | 1,067.76 | | Shipping |
| UPS | 11/15/18 | 920.66 | | Shipping |
| UPS | 11/30/18 | 1,705.36 | | Shipping |
| UPS | 12/07/18 | 1,808.94 | | Shipping |
| UPS | 12/28/18 | 3,847.35 | | Shipping |
| UPS | 01/11/19 | 1,937.18 | | Shipping |
| UPS | 01/24/19 | 2,963.40 | 17,203.56 | Shipping |
| Wells Fargo Bank | 12/20/18 | 200,000.00 | | Attorneys Fees Reserve |
| Wells Fargo Bank | 10/26/18 | 6,361.84 | | Loan Repayment |
| Wells Fargo Bank | 10/29/18 | 259,649.74 | | Loan Repayment |
| Wells Fargo Bank | 10/30/18 | 20,000.07 | | Loan Repayment |
| Wells Fargo Bank | 10/31/18 | 22,294.97 | | Loan Repayment |
| Wells Fargo Bank | 11/01/18 | 223,777.72 | | Loan Repayment |
| Wells Fargo Bank | 11/02/18 | 198,117.41 | | Loan Repayment |
| Wells Fargo Bank | 11/05/18 | 63,462.26 | | Loan Repayment |
| Wells Fargo Bank | 11/06/18 | 33,015.82 | | Loan Repayment |
| Wells Fargo Bank | 11/07/18 | 28,279.16 | | Loan Repayment |
| Wells Fargo Bank | 11/08/18 | 57,010.85 | | Loan Repayment |
| Wells Fargo Bank | 11/09/18 | 15,681.68 | | Loan Repayment |
| Wells Fargo Bank | 11/13/18 | 221,289.16 | | Loan Repayment |
| Wells Fargo Bank | 11/14/18 | 242,280.97 | | Loan Repayment |
| Wells Fargo Bank | 11/15/18 | 46,837.77 | | Loan Repayment |
| Wells Fargo Bank | 11/16/18 | 21,690.18 | | Loan Repayment |
| Wells Fargo Bank | 11/19/18 | 196,106.05 | | Loan Repayment |
| Wells Fargo Bank | 11/20/18 | 56,964.69 | | Loan Repayment |
| Wells Fargo Bank | 11/21/18 | 73,861.53 | | Loan Repayment |
| Wells Fargo Bank | 11/23/18 | 9,338.46 | | Loan Repayment |
| Wells Fargo Bank | 11/26/18 | 53,180.74 | | Loan Repayment |
| Wells Fargo Bank | 11/27/18 | 216,068.57 | | Loan Repayment |
| Wells Fargo Bank | 11/28/18 | 17,044.19 | | Loan Repayment |
| Wells Fargo Bank | 11/29/18 | 7,169.93 | | Loan Repayment |
| Wells Fargo Bank | 11/30/18 | 223,269.44 | | Loan Repayment |
| Wells Fargo Bank | 12/03/18 | 33,108.40 | | Loan Repayment |
| Wells Fargo Bank | 12/04/18 | 16,830.87 | | Loan Repayment |
| Wells Fargo Bank | 12/05/18 | 21,329.85 | | Loan Repayment |

**Attachment 3 of SOFA - Payments to Creditors**

| Vendor Name | Date | Invoice Totals | Sub-Totals | Reasons for payment or transfer |
|---|---|---|---|---|
| Wells Fargo Bank | 12/06/18 | 9,917.88 | | Loan Repayment |
| Wells Fargo Bank | 12/07/18 | 28,123.36 | | Loan Repayment |
| Wells Fargo Bank | 12/10/18 | 176,630.31 | | Loan Repayment |
| Wells Fargo Bank | 12/11/18 | 40,478.19 | | Loan Repayment |
| Wells Fargo Bank | 12/12/18 | 13,857.56 | | Loan Repayment |
| Wells Fargo Bank | 12/13/18 | 8,472.82 | | Loan Repayment |
| Wells Fargo Bank | 12/14/18 | 73,467.88 | | Loan Repayment |
| Wells Fargo Bank | 12/17/18 | 291,860.83 | | Loan Repayment |
| Wells Fargo Bank | 12/18/18 | 15,156.19 | | Loan Repayment |
| Wells Fargo Bank | 12/19/18 | 41,743.91 | | Loan Repayment |
| Wells Fargo Bank | 12/20/18 | 810.17 | | Loan Repayment |
| Wells Fargo Bank | 12/21/18 | 30,653.82 | | Loan Repayment |
| Wells Fargo Bank | 12/24/18 | 271,960.66 | | Loan Repayment |
| Wells Fargo Bank | 12/26/18 | 28,615.01 | | Loan Repayment |
| Wells Fargo Bank | 12/28/18 | 179,840.53 | | Loan Repayment |
| Wells Fargo Bank | 12/31/18 | 18,956.35 | | Loan Repayment |
| Wells Fargo Bank | 01/02/19 | 417,424.71 | | Loan Repayment |
| Wells Fargo Bank | 01/03/19 | 34,735.33 | | Loan Repayment |
| Wells Fargo Bank | 01/04/19 | 49,142.74 | | Loan Repayment |
| Wells Fargo Bank | 01/07/19 | 2,966.45 | | Loan Repayment |
| Wells Fargo Bank | 01/08/19 | 237,148.34 | | Loan Repayment |
| Wells Fargo Bank | 01/09/19 | 1,615.32 | | Loan Repayment |
| Wells Fargo Bank | 01/10/19 | 11,191.67 | | Loan Repayment |
| Wells Fargo Bank | 01/11/19 | 42,859.30 | | Loan Repayment |
| Wells Fargo Bank | 01/14/19 | 15,625.26 | | Loan Repayment |
| Wells Fargo Bank | 01/15/19 | 311,960.44 | | Loan Repayment |
| Wells Fargo Bank | 01/16/19 | 6,532.52 | | Loan Repayment |
| Wells Fargo Bank | 01/17/19 | 33,977.15 | | Loan Repayment |
| Wells Fargo Bank | 01/18/19 | 50,600.01 | | Loan Repayment |
| Wells Fargo Bank | 01/22/19 | 42,152.99 | | Loan Repayment |
| Wells Fargo Bank | 01/23/19 | 220,107.00 | | Loan Repayment |
| Wells Fargo Bank | 01/24/19 | 4,445.49 | 5,297,052.51 | Loan Repayment |
| XO Communications | 11/02/18 | 1,601.06 | | Utilities |
| XO Communications | 11/30/18 | 1,627.25 | | Utilities |
| XO Communications | 01/11/19 | 1,627.57 | | Utilities |
| XO Communications | 01/24/19 | 1,680.23 | 6,536.11 | Utilities |

|  | **Total** | **$ 8,786,815.99** | **8,786,815.99** | |

**Attachment 4 of SOFA - Payments to Kathryn Peterson - Managing Member**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Kathy Peterson | 07/20/18 | 8,672.05 | Business Expense | Expense Reimbursement |
| Kathy Peterson | 02/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 03/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 04/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 06/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 07/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 08/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 09/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 10/15/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 11/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 12/13/18 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 01/14/19 | 1,947.80 | Car Allowance | Mercedes Benz Financial Services |
| Kathy Peterson | 01/25/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 02/28/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 04/04/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 04/27/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 06/08/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 06/29/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 07/27/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 10/03/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 10/03/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 10/26/18 | 12.38 | Life Insurance | MetLife: Life |
| Kathy Peterson | 11/30/18 | 15.83 | Life Insurance | MetLife: Life |
| Kathy Peterson | 01/24/19 | 15.83 | Life Insurance | MetLife: Life |
| Kathy Peterson | 04/25/18 | 50,000.00 | Loan | Repayment of short term loan due to K. Peterson |
| Kathy Peterson | 05/04/18 | 50,000.00 | Loan | Repayment of short term loan due to K. Peterson |
| Kathy Peterson | 06/01/18 | 100,000.00 | Loan | Repayment of short term loan due to K. Peterson |
| Kathy Peterson | 06/12/18 | 100,000.00 | Loan | Repayment of short term loan due to K. Peterson |
| Kathy Peterson | 01/25/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 02/28/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 04/04/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 04/27/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 06/08/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 06/29/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 07/27/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 10/03/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 10/03/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 10/26/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 11/30/18 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 01/24/19 | 95.52 | Medical Insurance | MetLife: Dental & Vision |
| Kathy Peterson | 01/25/18 | 854.34 | Medical Insurance | Cal Choice |
| Kathy Peterson | 02/28/18 | 854.34 | Medical Insurance | Cal Choice |
| Kathy Peterson | 04/04/18 | 854.34 | Medical Insurance | Cal Choice |
| Kathy Peterson | 05/04/18 | 2,304.16 | Medical Insurance | Cal Choice |
| Kathy Peterson | 05/31/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 06/21/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 07/20/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 08/17/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 09/21/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 11/02/18 | 1,579.25 | Medical Insurance | Cal Choice |
| Kathy Peterson | 11/30/18 | 1,752.33 | Medical Insurance | Cal Choice |
| Kathy Peterson | 01/11/19 | 1,752.33 | Medical Insurance | Cal Choice |
| Kathy Peterson | 02/02/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 02/16/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 03/02/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 03/16/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 03/30/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 04/13/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |

**Attachment 4 of SOFA - Payments to Kathryn Peterson - Managing Member**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Kathy Peterson | 04/27/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 05/11/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 05/25/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 06/08/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 06/22/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 07/06/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 07/20/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 08/03/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 08/17/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 08/31/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 09/14/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 09/28/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 10/12/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 10/26/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 11/09/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 11/23/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 12/07/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 12/21/18 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 01/04/19 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 01/24/19 | 258.46 | Other: 401 (k) | 401 (k) matching contribution |
| Kathy Peterson | 02/01/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 02/28/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 04/04/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 05/04/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 06/08/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 06/29/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 08/02/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 09/07/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 10/03/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 11/02/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 11/30/2018 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 01/11/2019 | 340.00 | Other: Cell Phone | Verizon Wireless |
| Kathy Peterson | 02/08/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 08/14/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 09/12/18 | 6,100.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 03/13/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 06/12/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 04/10/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 05/10/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 07/12/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 10/11/18 | 6,000.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 11/14/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 12/13/18 | 6,200.00 | Other: Rental Payment | Company use of Bundy Property |
| Kathy Peterson | 02/01/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 02/13/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 03/01/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 03/13/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 03/29/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 04/10/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 04/25/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 05/10/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 05/29/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 06/07/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 06/22/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 07/02/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 07/17/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 08/01/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 08/14/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |

**Attachment 4 of SOFA - Payments to Kathryn Peterson - Managing Member**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Kathy Peterson | 08/30/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 09/12/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 09/27/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 10/11/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 10/24/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 11/09/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 11/20/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 12/04/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 12/20/18 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 01/03/19 | 2,402.23 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 01/16/19 | 454.43 | Salary | Guaranteed payment after tax withholdings and 401K |
| Kathy Peterson | 02/02/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 02/16/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 03/02/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 03/16/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 03/30/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 04/13/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 04/27/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 05/11/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 05/25/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 06/08/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 06/22/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 07/06/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 07/20/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 08/03/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 08/17/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 08/31/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 09/14/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 09/28/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 10/12/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 10/26/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 11/09/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 11/23/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 12/07/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 12/21/18 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 01/04/19 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |
| Kathy Peterson | 01/24/19 | 634.62 | Salary | Portion of guaranteed payment remitted to 401K |

**Total**    $ 504,957.15

**Attachment 4 of SOFA - Payments to Jeremy Husk - CFO**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Jeremy Husk | 02/01/18 | 2,796.34 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 03/01/18 | 1,622.49 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 03/20/18 | 400.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 04/02/18 | 1,800.68 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 04/19/18 | 1,908.63 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 04/27/18 | 200.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 05/01/18 | 1,967.80 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 05/15/18 | 3,200.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 06/01/18 | 2,646.61 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 06/08/18 | 717.53 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 06/18/18 | 500.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 07/02/18 | 3,287.21 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 07/31/18 | 500.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 08/01/18 | 2,151.96 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 08/14/18 | 300.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 08/24/18 | 300.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 09/12/18 | 2,787.26 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 09/19/18 | 1,000.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 10/01/18 | 2,925.64 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 10/05/18 | 500.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 10/15/18 | 300.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 10/26/18 | 400.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 11/02/18 | 2,736.03 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 11/07/18 | 600.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 11/27/18 | 400.00 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 12/04/18 | 2,915.02 | Business Expense | Expense Reimbursement |
| Jeremy Husk | 02/06/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 03/06/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 04/04/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 05/04/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 06/05/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 07/05/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 08/06/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 09/05/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 10/04/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 11/06/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 12/04/18 | 560.00 | Car Allowance | Honda Finance |
| Jeremy Husk | 01/25/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 02/28/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 04/04/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 04/27/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 06/08/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 06/29/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 07/27/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 10/03/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 10/26/2018 | 110.88 | Life Insurance | MetLife |
| Jeremy Husk | 11/30/2018 | 114.33 | Life Insurance | MetLife |
| Jeremy Husk | 01/24/2019 | 114.33 | Life Insurance | MetLife |
| Jeremy Husk | 02/02/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 02/16/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 03/02/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |

**Attachment 4 of SOFA - Payments to Jeremy Husk - CFO**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Jeremy Husk | 03/16/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 03/30/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 04/13/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 04/27/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 05/11/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 05/25/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 06/08/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 06/22/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 07/06/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 07/20/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 08/03/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 08/17/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 08/31/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 09/14/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 09/28/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 10/12/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 10/26/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 11/09/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 11/23/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 12/07/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 12/21/18 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 01/04/19 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 01/18/19 | 276.92 | Other: 401 (k) | 401 (k) matching contribution |
| Jeremy Husk | 02/02/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 02/16/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 03/02/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 03/16/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 03/30/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 04/13/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 04/27/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 05/11/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 05/25/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 06/08/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 06/22/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 07/06/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 07/20/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 08/03/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 08/17/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 08/31/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 09/14/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 09/28/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 10/12/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 10/26/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 11/09/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 11/23/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 12/07/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 12/21/18 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 01/04/19 | 6,923.08 | Salary | Bi-weekly Compensation |
| Jeremy Husk | 01/18/19 | 6,923.08 | Salary | Bi-weekly Compensation |

**Total**     $   **233,449.78**

## Attachment 4 of SOFA - Payments to Bryan Takamoto

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Bryan Takamoto | 01/25/18 | 79.90 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 02/22/18 | 186.05 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 03/21/18 | 72.00 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 04/19/18 | 257.24 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 05/15/18 | 139.60 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 06/14/18 | 259.55 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 07/12/18 | 134.60 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 08/24/18 | 59.67 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 09/27/18 | 146.62 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 10/24/18 | 137.54 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 12/13/18 | 137.86 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 01/24/19 | 155.26 | Business Expense | Expense Reimbursement |
| Bryan Takamoto | 01/25/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 02/28/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 04/04/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 04/27/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 06/08/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 06/29/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 07/27/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 10/03/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 10/03/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 10/26/18 | 12.38 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 11/30/18 | 15.83 | Life Insurance | MetLife: Life |
| Bryan Takamoto | 01/25/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 02/28/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 04/04/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 05/04/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 05/31/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 06/21/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 07/20/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 08/17/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 09/21/18 | 561.17 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 11/02/18 | 2,042.09 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 11/30/18 | 1,245.29 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 01/11/19 | 1,245.29 | Medical Insurance | Cal Choice: Health |
| Bryan Takamoto | 01/25/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 02/28/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 04/04/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 04/27/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 06/08/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 06/29/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 07/27/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 10/03/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 10/26/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 11/30/18 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 01/24/19 | 108.71 | Medical Insurance | MetLife: Dental & Vision |
| Bryan Takamoto | 02/02/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 02/16/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 03/02/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 03/16/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 03/30/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 04/13/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 04/27/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 05/11/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 05/25/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 06/08/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |

**Attachment 4 of SOFA - Payments to Bryan Takamoto**

| Insider Name | Date | Amount | Reason | Memo |
|---|---|---|---|---|
| Bryan Takamoto | 06/22/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 07/06/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 07/20/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 08/03/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 08/17/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 08/31/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 09/14/18 | 223.08 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 09/28/18 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 10/12/18 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 10/26/18 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 11/09/18 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 11/23/18 | 61.50 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 01/04/19 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 01/18/19 | 226.16 | Other: 401 (k) | 401 (k) matching contribution |
| Bryan Takamoto | 02/01/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 02/28/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 04/04/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 04/27/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 06/08/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 06/29/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 07/27/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 08/30/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 10/03/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 10/26/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 11/30/2018 | 165.00 | Other: Cell Phone | AT&T Wireless |
| Bryan Takamoto | 02/02/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 02/16/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 03/02/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 03/16/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 03/30/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 04/13/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 04/27/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 05/11/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 05/25/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 06/08/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 06/22/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 07/06/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 07/20/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 08/03/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 08/17/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 08/31/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 09/14/18 | 5,576.92 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 09/28/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 10/12/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 10/26/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 11/09/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 11/23/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 12/07/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 12/21/18 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 01/04/19 | 5,653.85 | Salary | Bi-weekly Compensation |
| Bryan Takamoto | 01/18/19 | 5,653.85 | Salary | Bi-weekly Compensation |

**Total**     165,402.64

## United States Bankruptcy Court
### Central District of California

In re   Koi Design LLC
_____
                                    Debtor(s)

Case No.    2:19-bk-10762-NB
Chapter     11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Kathy Peterson<br>1757 Stanford St.<br>Santa Monica, CA 90404 | | | 100% Ownership of All Shares |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Financial Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    February 22, 2019
_____

Signature _____
                    Jeremy Husk

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**Fill in this information to identify the case:**

Debtor name      Koi Design LLC

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    2:19-bk-10762-NB

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 22, 2019          X _____
                                             Signature of individual signing on behalf of debtor

                                             Jeremy Husk
                                             Printed name

                                             Chief Financial Officer
                                             Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy