NICHOLAS ROZANSKY – Bar No. 219855
SUSAN K. SEFLIN - Bar No. 213865
JESSICA L. BAGDANOV - Bar No. 281020
BRUTZKUS GUBNER
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email:    nrozansky@bg.law
          sseflin@bg.law
          jbagdanov@bg.law

Proposed Attorneys for Chapter 11 Debtor and
Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>KOI DESIGN LLC, | Case No. 2:19-bk-10762-NB<br><br>Chapter 11<br><br>**DECLARATION OF JENNIFER WESTWOOD RE SERVICE OF ORDER SETTING BAR DATE: MAY 17, 2019 AND DIRECTING SERVICE BY DEBTOR [DOC. #65]**<br><br>**[No Hearing Necessary]** |

I, Jennifer Westwood, declare as follows:

1. I have personal knowledge of the facts set forth below and, if called to testify, would and could competently testify thereto. I am a consultant for Kurtzman Carson Consultants ("KCC").

2. On February 22, 2019, at the direction of proposed counsel to the above-captioned debtor (the "Debtor"), KCC served the *Order Setting Bar Date: May 17, 2019 and Directing Service by Debtor* [Doc. #65] (the "Bar Date Order") for the Debtor via First Class Mail upon all the Debtor's creditors and other parties in interest as set forth on the service lists attached hereto as

1

1 | **Exhibit A** and **Exhibit B**. Exhibit A is a list of the Debtor's top 20 general unsecured creditors, its
2 | secured creditors and interested party Comerica Bank.   Exhibit B is the remainder of the Debtor's
3 | creditors and notice parties.
4 |     I declare under penalty of perjury under the laws of the United States that the foregoing is
5 | true and correct and that this Declaration was executed on February 25, 2019 at El Segundo,
6 | California.

*[signature]*
Jennifer Westwood

2079671

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|
| Top 20 Creditor | 7 Insider | | Room B318, No 458 Gexin Avenue | Dongxihu District | | Wuhan | | 430040 | CHINA |
| Top 20 Creditor | Acorn Paper Products | | P O Box 23965 | | | Los Angeles | CA | 90023-0965 | |
| Top 20 Creditor | Apropos | | Ste 1510 Gangseo Hanwha Biz Metro | 1st Bldg , 551 17, Yangcheonro | Gangseo Gu | Seoul | | 07532 | KOREA |
| Top 20 Creditor | CitiStaff Solutions Inc | c/o Wells Fargo Business Credit | PO Box 845510 | | | Los Angeles | CA | 90084-5510 | |
| Top 20 Creditor | Cohn Handler Sturm | | 11620 Wilshire Blvd | Suite 875 | | Los Angeles | CA | 90025-2432 | |
| Top 20 Creditor | ColorGraphics | Cenveo Worldwide Ltd | P O  Box 31001 1283 | | | Pasadena | CA | 91110-1283 | |
| Interested Party | Comerica Bank | Diana Herman | 250 Lytton Ave., 2nd Floor | MC 4241 | | Palo Alto | CA | 94301 | |
| Top 20 Creditor | Empire Cleaning Supply | | 7733 Telegraph Rd | | | Montebello | CA | 90640-6537 | |
| Top 20 Creditor | Exenta, Inc | | 8 West 38th St | 7th Floor | | New York | NY | 10018-0165 | |
| Top 20 Creditor | First Choice Services | | 18840 Parthenia St | | | Northridge | CA | 91324-3837 | |
| Top 20 Creditor | I MAR | | 5150 Rancho Rd | | | Huntington Beach | CA | 92647-2074 | |
| Top 20 Creditor | Inex Customs Broker | | 11222 La Cienega Blvd #355 | | | Inglewood | CA | 90304-1106 | |
| Top 20 Creditor | Lyneer Staffing Solutions | | PO Box 75414 | | | Chicago | IL | 60675-5414 | |
| Top 20 Creditor | OTT Trading | | #3 Huaxiazhichun, Room # 702 | No 2, Dongting Mid Road | | Wuxi | Jiangsu | | CHINA |
| Top 20 Creditor | Shanghai Nex T Inc , Ltd | | 7F Sheng Gao Internationa Bldg | No 137 Xianxia Rd | | Shanghai | | 20051 | CHINA |
| Top 20 Creditor | Stanford/Nebraska Properites, Ltd | c/o Westport Realty, Inc | 433 N Camden Drive, Suite 820 | | | Beverly Hills | CA | 90210-4412 | |
| Secured Party | Strategic Partners | Howard I. Camhi, Esq. | Ervin Cohen & Jessup LLP | 9401 Wilshire Blvd, 9th Fl | | Beverly Hills | CA | 90212-2974 | |
| Secured Party | Strategic Partners | | 9800 De Soto Ave | | | Chatsworth | CA | 91311-4411 | |
| Top 20 Creditor | tokidoki LLC | | 5655 West Adams Blvd. | | | Los Angeles | CA | 90016 | |
| Top 20 Creditor | ULine | | PO Box 88741 | | | Chicago | IL | 60680-1741 | |
| Top 20 Creditor | Weihai Hishi Textile Imp Exp Co | | No 79 Shichang St | | | Weihai | | | CHINA |
| Secured Party | Wells Fargo Trade Capital Svcs Inc | Tom Lallas | Levy, Small & Lallas | 815 Moraga Dr | | Los Angeles | CA | 90049 | |
| Secured Party | Wells Fargo Trade Capital Svcs Inc | | 333 South Grand Ave , 12th Floor | | | Los Angeles | CA | 90071-1504 | |
| Top 20 Creditor | Widen Enterprises, Inc | | PO Box 8801 | | | Carol Stream | IL | 60197-8801 | |
| Top 20 Creditor | Wilhelmina International, Inc | | P O Box 650002 | Dept 8107 | | Dallas | TX | 75265-0002 | |
| Secured Party | Wells Fargo | Daniel Fiorillo | Otterbourg | 230 Park Ave | | New York | NY | 10169 | |

Koi Design LLC
19-10762

Page 1 of 1

**EXHIBIT A**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Vendor | American Diagnostic Corporation | | 55 Commerce Dr | | Hauppauge | NY | 11788-3931 | |
| | AmTrust North America, Inc. | C/O Maurice Wutscher LLP | Alan C. Hochheiser, Esq. | 23611 Chagrin Blvd., Ste 207 | Beachwood | OH | 44122 | |
| Repairs | Atlas Levy Sewing Machine Co | | 1733 S Los Angeles St | | Los Angeles | CA | 90015-3625 | |
| Taxing Agency | California State Bd of Equalization | Account Information Group, MIC: 29 | P O Box 942879 | | Sacramento | CA | 94279-0029 | |
| | Cenveo Worldwide Limited | | 4115 Profit Ct | | New Albany | IN | 47150 | |
| Vendor | Changshu Cosmo Leathergoods Co Ltd | | Rm 508 5th Fl Block C Gangao City | No 263 Huanghe Rd | Changshu City | Jiangsu | 21550 | CHINA |
| Taxing Agency | City of Santa Monica Operations Div | Business Revenue Operations Div | P O Box 2200 | | Santa Monica | CA | 90407-2200 | |
| Vendor | COGS | | 1180 N Town Center Suite 100 | | Las Vegas | NV | 89144-6308 | |
| Vendor | Danken Enterprise | | 5F No 222 Sec 4 ChengDe Road | 11167 Taipei | Taipei | | 11167 | TAIWAN |
| Laywer | Don Thornburgh | | 466 Foothill Blvd , #220 | | La Canada Flintridge | CA | 91011-3518 | |
| Vendor | Empire Cleaning Supply | | 7733 Telegraph Rd | | Montebello | CA | 90640 | |
| Taxing Agency | Employment Development Department | Bankruptcy Group MIC 92E | PO Box 826880 | | Sacramento | CA | 94280-0001 | |
| Licensor | Endless Ammo | | 5655 West Adams Blvd | | Los Angeles | CA | 90016 | |
| Taxing Agency | Franchise Tax Board | Bankruptcy Section, MS: A 340 | PO Box 2952 | | Sacramento | CA | 95812-2952 | |
| Vendor | Hollywood Model Management | | 953 Cole Ave | | Los Angeles | CA | 90038-2610 | |
| Taxing Agency | Internal Revenue Service | | POB 7346 | | Philadelphia | PA | 19101-7346 | |
| Insider | Kathy Peterson | | 3459 Barry Ave | | Los Angeles | CA | 90066-2001 | |
| Vendor | Lithographix, Inc | | 12250 S Crenshaw Blvd | | Hawthorne | CA | 90250-3332 | |
| Taxing Agency | Los Angeles County Tax Collector | | Post Office Box 54110 | | Los Angeles | CA | 90054-0110 | |
| Equipment Lease | MailFinance | | Dept 3682 | PO Box 123682 | Dallas | TX | 75312-3682 | |
| Equipment Lease | MailFinance Inc | | 478 Wheelers Farms Road | | Milford | CT | 06461 | |
| Taxing Agency | Michigan Department of Treasury | Attn Litigation Liaison | 2nd Floor, Austin Bldg | 430 W Allegan St | Lansing | MI | 48933-1592 | |
| Taxing Agency | Michigan Unemployment Ins Agency | | Dept #771760 | PO Box 77000 | Detroit | MI | 48277-2000 | |
| Taxing Agency | Missouri Department of Revenue | Bankruptcy Unit | P O Box 475 | 301 W High Street | Jefferson City | MO | 65105-0475 | |
| Taxing Agency | NC Dept of Commerce | Division of Employment Security | PO Box 26504 | | Raleigh | NC | 27611-6504 | |
| Taxing Agency | North Carolina Dept of Revenue | Office Services Division | Attn: Bankruptcy Unit | PO Box 1168 | Raleigh | NC | 27602-1168 | |
| Taxing Agency | Ofc of Unemployment Ins Operations | Ohio Dept of Job Family Services | Attn Program Services/Revenue Recov | PO Box 182404 | Columbus | OH | 43218-2404 | |
| Taxing Agency | Ohio Bureau of Workers' Compensatio | Attn: Law Section Bankruptcy Unit | PO Box 15567 | | Columbus | OH | 43215-0567 | |
| Taxing Agency | Ohio Dept of Taxation | Attn: Bankruptcy Division | PO Box 530 | | Columbus | OH | 43216-0530 | |
| Taxing Agency | Ohio Dept of Taxation c/o Atty Gen | Collection Enforcement Section | Attn Bankruptcy Staff | 150 E Gay St , 21st Floor | Columbus | OH | 43215-3191 | |
| Taxing Agency | Oklahoma Employment Security Comm | Legal Division | PO Box 53039 | | Oklahoma City | OK | 73152-3039 | |
| Taxing Agency | Oklahoma Tax Commission | General Counsel's Office | 100 N Broadway Ave, Suite 1500 | | Oklahoma City | OK | 73102-8601 | |
| Notice Party | Rebecca Biggers | C/O Hilaire McGriff PC | 601 S Figuera St , Suite 4050 | | Los Angeles | CA | 90017 | |
| Vendor | SoCal Office Technologies | | File 50897 | | Los Angeles | CA | 90074-0897 | |
| Vendor | SoCal Office Technologies | | 5700 Warland Drive | | Cypress | CA | 90630 | |
| Vendor | Studio Effects | | 1825 G West 169th St | | Gardena | CA | 90247-5270 | |
| Insurance | Sullivan Curtis Monroe | Attn Accounting | 1920 Main St Suite 600 | | Irvine | CA | 92614-7226 | |
| Sales Agent | Tracy Combs | | 614 South Crest Dr | | Kelowna | BC | V1W 4Y6 | CANADA |
| Equipment Lease | U S Bancorp Equipment Finance, Inc | | PO Box 790448 | | Saint Louis | MO | 63179-0448 | |
| Taxing Agency | U S Customs and Border Protection | | 1300 Pennsylvania Ave NW | | Washington | DC | 20229-0002 | |
| Trustee | U S Trustee Los Angeles Division | | 915 Wilshire Blvd , Suite 1850 | | Los Angeles | CA | 90017-3560 | |
| Equipment Lease | U.S. Bank, N.A.d/b/a U.S. Bank Equipment Finance | | 1310 Madrid Street, Suite 101 | | Marshall | MN | 56258 | |
| | US Bank Equipment Finance | | 1310 Madrid Street, Suite 101 | | Marshall | MN | 56258 | |
| Vendor | WA STATE DEPT OF LABOR & INDUSTRIES | BANKRUPTCY UNIT | PO BOX 44171 | | OLYMPIA | WA | 98504-4171 | |
| Equipment Lease | Wells Fargo Bank, N A | Wells Fargo Equipment Finance | Manufacturer Services Group | 300 Tri State International Ste 400 | Lincolnshire | IL | 60069-8000 | |
| Equipment Lease | Wells Fargo Financial Leasing | Manufacturer Services Group | P O Box 7777 | | San Francisco | CA | 94120-7777 | |

Koi Design LLC
19-10762

Page 1 of 1

**EXHIBIT B**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21650 Oxnard St., Suite 500, Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled: **CHAPTER 11 STATUS REPORT (INITIAL)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On February 26, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Mark D Hurwitz    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- Dare Law    dare.law@usdoj.gov
- Susan K Seflin    sseflin@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 26POS, 2019 | SUSAN K. SEFLIN | /s/ Susan K. Seflin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**