| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>NICHOLAS ROZANSKY – Bar No. 219855<br>SUSAN K. SEFLIN - Bar No. 213865<br>JESSICA L. BAGDANOV - Bar No. 281020<br>BRUTZKUS GUBNER<br>21650 Oxnard Street, Suite 500<br>Woodland Hills, CA 91367<br>Telephone: (818) 827-9000<br>Facsimile: (818) 827-9099<br>Email: nrozansky@bg.law, sseflin@bg.law, jbagdanov@bg.law<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* Debtor and DIP | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>KOI DESIGN LLC,<br><br><br><br><br><br>Debtor(s) | CASE NO.: 2:19-bk-10762-NB<br>CHAPTER: 11<br><br>**SUMMARY OF AMENDED SCHEDULES,
MASTER MAILING LIST,
AND/OR STATEMENTS
[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added?  ☒ Yes  ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☐ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☐ Schedule E/F   ☐ Schedule G
☐ Schedule H    ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 03/07/2019

/s/ Susan K. Seflin
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE**: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

*December 2015*   Page 1   F 1007-1.1.AMENDED.SUMMARY

Amended Master Mailing List

Daniel Fiorillo
Otterbourg
230 Park Ave.
New York, NY 10169

Endless Ammo
5655 West Adams Blvd
Los Angeles, CA 90016

MailFinance, Inc.
478 Wheelers Farms Road
Milford, CT 06461

MailFinance                                            **[DELETE]**
Dept 3682
PO Box 123682
Dallas, TX 75312-3682

Rebecca Biggers
C/O Hilaire McGriff PC
601 S Figuera St., Ste 4050
Los Angeles, CA 90017

SoCal Office Technologies
5700 Warland Dr.
Cypress, CA 90630

SoCal Office Technologies                              **[DELETE]**
File 50897
Los Anglees, CA 90074

tokidoki LLC
5655 West Adams Blvd
Los Angeles, CA 90016

Wells Fargo Bank, N A
Wells Fargo Equipment Finance
Manufacturer Services Group
300 Tri State International, Ste 400
Lincolnshire, IL 60069-8000

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 500, Woodland Hills, CA 91307

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/07/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.** **SERVED BY UNITED STATES MAIL**: On (*date*) 03/07/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.** **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2019 | NIKOLA A. FIELDS | /s/ Nikola A. Fields |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California

December 2015    Page 2    F 1007-1.1.AMENDED.SUMMARY

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Jessica L Bagdanov    jbagdanov@bg.law, ecf@bg.law
- Howard Camhi    hcamhi@ecjlaw.com, tcastelli@ecjlaw.com;amatsuoka@ecjlaw.com
- Alan Craig Hochheiser    ahochheiser@mauricewutscher.com, arodriguez@mauricewutscher.com
- Mark D Hurwitz    mhurwitz@lsl-la.com, dsmall@lsl-la.com,kfinn@lsl-la.com
- Dare Law    dare.law@usdoj.gov
- Susan K Seflin    sseflin@bg.law
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov


2. **SERVED BY UNITED STATES MAIL**

Daniel Fiorillo
Otterbourg
230 Park Ave.
New York, NY 10169

Endless Ammo
5655 West Adams Blvd
Los Angeles, CA 90016

MailFinance, Inc.
478 Wheelers Farms Road
Milford, CT 06461

MailFinance
Dept 3682
PO Box 123682
Dallas, TX 75312-3682

Rebecca Biggers
c/o Hilaire McGriff PC
601 S Figuera St., Ste 4050
Los Angeles, CA 90017

SoCal Office Technologies
5700 Warland Dr.
Cypress, CA 90630

SoCal Office Technologies
File 50897
Los Anglees, CA 90074

tokidoki LLC
5655 West Adams Blvd
Los Angeles, CA 90016

Wells Fargo Bank, N A
Wells Fargo Equipment Finance
Manufacturer Services Group
300 Tri State International, Ste 400
Lincolnshire, IL 60069-8000